## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDITH RÉ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 04-11385-RGS |
| | ) |
| JODI R.R. SMITH, AND | ) |
| BARNES & NOBLE, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT BARNES & NOBLE, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Barnes & Noble, Inc., by and through its attorneys, states that it does not have a parent corporation and that no publicly held company owns 10% or more of its stock.

- 2 -

        Respectfully submitted,

        BARNES & NOBLE, INC.,

        By its attorneys,

Dated: July 8, 2004        s/ Richard S. Sanders
        Richard S. Sanders (BBO# 562014)
        Kimberly B. Herman (BBO# 629552)
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, MA  02109
        (617) 338-2800
        rsanders@sandw.com

Of Counsel:
Erik W. Kahn
Todd J. Braverman
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104
(212) 541-2000