# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**JUDITH RE**

      V.                                                          CIVIL ACTION NO. 04-11385-RGS

**BARNES & NOBLE, ET AL**

<u>ORDER SETTING CASE FOR TRIAL</u>

**STEARNS, DJ.**                                                                  **AUGUST 10, 2004**

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>**MONDAY, DECEMBER 13, 2004**</u> AT <u>**9:00 A.M.**</u> IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE DECEMBER 7, 2004, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;
3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;
4. A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;
5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;
6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
7. A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;
8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
9. In cases to be tried by a jury:
   - A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
   - B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
   - C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u>

    EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on <u>DECEMBER 9, 2004</u> at 3:15 P.M.

**COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT. TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u> BE TOLERATED.**

  **SO ORDERED.**

          **RICHARD G. STEARNS**
          **UNITED STATES DISTRICT JUDGE**

    **BY:**

      **/s/Mary  H. Johnson**
      **Deputy Clerk**

**DATED AT BOSTON:  8-10-04**

**NOTE TO COUNSEL:   IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.**