UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>   Plaintiff,<br><br>v.<br><br>JODI R.R. SMITH, AND<br>BARNES & NOBLE, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11385-RGS<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ADMIT KIRA P. WATSON *PRO HAC VICE*

Defendants Barnes & Noble, Inc., and Jodi R.R. Smith (collectively, "Defendants"), by their undersigned counsel of record, hereby moves pursuant to Local Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts that Kira P. Watson, Esq., attorney with the law firm of Bryan Cave LLP, be admitted to appear *pro hac vice* and practice in this Court in this case on behalf of Defendants.

Ms. Watson is a member in good standing of the bar of the State of New York, as well as the bars of the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York. There are no disciplinary proceedings pending against Kira P. Watson in any jurisdiction, and Kira P. Watson is familiar with the Local Rules of this Court.

The affidavit of Kira P. Watson attesting to the foregoing is submitted herewith.

Dated: October 14, 2004

        DEFENDANTS JODI R. R. SMITH and
BARNES & NOBLE, INC.

By their attorneys,

_____
Richard S. Sanders (BBO # 562014)
Jeffrey Francis (BBO#639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800
rsanders@sandw.com
jfrancis@sandw.com