**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

In accordance with Local Rule 7.1(A)(2), counsel for defendants hereby certifies that he conferred with counsel for plaintiff by telephone on October 14, 2004 and that he assented to the relief requested in this motion.

/s/ Jeffrey E. Francis
Jeffrey E. Francis (BBO #639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
jfrancis@sandw.com

C056681/0180480/1189649.2