UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>         Plaintiff,<br><br>v.<br><br>JODI R.R. SMITH, AND<br>BARNES & NOBLE, INC.,<br><br>         Defendants. | )<br>)<br>)<br>)   Civil Action No. 04-11385-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION WITHDRAWING DEFENDANTS' MOTION
## FOR PROTECTIVE ORDER

Plaintiff Judith Ré ("Ré") and defendants Barnes & Noble, Inc. ("B&N") and Jodi R.R. Smith (collectively with Ré and B&N, the "Parties"), by there undersigned counsel, hereby stipulate and agree as follows:

    1.    On September 29, 2004, Ré served a Notice of Deposition to B&N which directed B&N to appear at plaintiff's counsel's office in Boston, Massachusetts.

    2.    On October 15, 2004, B&N filed a motion for a protective order (Docket Nos. 10, 11 and 12) directing Ré to conduct B&N's deposition at its principal place of business in New York, New York.

    3.    On October 15, 2004, Ré agreed to conduct the deposition of B&N in New York, New York if B&N designated Hallie Einhorn ("Einhorn") as its witness.

    4.    B&N agreed to designate Einhorn as its witness and, therefore, B&N's 30(b)(6) deposition with Einhorn will take place on November 9, 2004 in New York, New York.

    5.    In light of the agreement to conduct the B&N deposition in New York, B&N hereby withdraws its motion for a protective order. B&N reserves its right to later seek costs and fees associated with bringing the motion pursuant to Fed. R. Civ. P. 26(c) and 37(a)(4).

C056681/0180480/1192132.1
{B0338527; 1}

Dated: October 28, 2004

| PLAINTIFF JUDITH RÉ | DEFENDANT BARNES & NOBLE, INC. |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Edward P. Leibensperger | /s/ Kira P. Watson (DA) |
| Edward P. Leibensperger (BBO #292620) | Richard S. Sanders (BBO # 562014) |
| Daniel A. Curto (#639883) | Jeffrey Francis (BBO# 639944) |
| MCDERMOTT WILL & EMERY LLP | SULLIVAN & WORCESTER LLP |
| 28 State Street | One Post Office Square |
| Boston, Massachusetts 02109-1775 | Boston, Massachusetts 02109 |
| (617) 535-4000 | (617) 338-2800 |
| (617) 535-3800 - facsimile | (617) 338-2880 facsimile |

Erik W. Kahn
Kira P. Watson
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
(212) 541-4630 facsimile

C056681/0180480/1192132 1
{B0338527; 1}