# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JODI R.R. SMITH, AND<br>BARNES & NOBLE, INC.,<br><br>　　　　　Defendants. | Civil Action No. 04-11385-RGS |

## DEFENDANTS' ASSENTED TO MOTION FOR ENLARGE THE PAGE LIMITATION FOR DEFENDANTS' MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1 (B)(4), Defendants Barnes & Noble, Inc. and Jodi R. R. Smith (collectively, "Defendants"), by their undersigned counsel, hereby respectfully file this assented to motion to request to enlarge the page limitation on Defendants' memorandum in support of their Fed. R. Civ. P. Rule 56 motion for summary judgment from twenty pages to thirty pages. In support of their motion, Defendants state as follows:

On November 18, 2004, Defendants filed their initial motion, which motion Defendants incorporate by reference herein, requesting that the page limitation on Defendants' memorandum in support of their Fed. R. Civ. P. Rule 56 motion for summary judgment from twenty pages to thirty pages.[1] On November 23, 2004, counsel for Defendants and Plaintiff's counsel did confer by telephone and Plaintiffs counsel assented to the relief requested in this motion.[2] Based on the Scheduling Order entered by the Court, Defendants motion for summary judgment must be filed with the Court on November 24, 2004.

---

[1] At that time, although counsel for Defendants made several attempts to speak with counsel for Plaintiff, under Local Rule 7.1, to receive their assent to this motion, Plaintiffs' counsel did not return the messages left for him.

[2] Defendants counsel also agreed to assent to Plaintiff's request, should they make one, to enlarge their page limitation to thirty pages.

{B0349177; 1}

WHEREFORE, Defendants respectfully request that the Court allow Defendants' assented to motion and, therefore, enter an order enlarging the page limitation on Defendants' Memorandum in support of their Fed. R. Civ. P. Rule 56 motion for summary judgment from twenty pages to thirty pages and granting such further and additional relief as the Court deems just and proper.

Dated: November 23, 2004

                                             DEFENDANTS JODI R. R. SMITH and BARNES & NOBLE, INC.

By their attorneys,

/s/ Jeffrey E. Francis
Richard S. Sanders (BBO # 562014)
Jeffery Francis (BBO# 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800
(617) 338-2880 facsimile
*jfrancis@sandw.com*

Erik W. Kahn
Daniel P. Waxman
Kira P. Watson
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York  10104
(212) 541-2000
(212) 541-4630 facsimile

**LOCAL RULE 7.1 CERTIFICATION**

On November 23, 2004, counsel for Defendants conferred by telephone with counsel for Plaintiff concerning the relief requested in this motion and counsel for Plaintiff assented to the relied requested.

/s/ Jeffrey E. Francis
Jeffery Francis (BBO# 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800
(617) 338-2880 facsimile
*jfrancis@sandw.com*