UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JODI R.R. SMITH, and<br>BARNES & NOBLE INC.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 04-11385-RGS<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION OF JUDITH RÉ
### FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Judith Ré hereby moves for an extension of time to file her opposition to the defendants' motion for summary judgment. In support hereof, Ms. Ré states as follows:

1. Pursuant to the court's deadlines, the defendants intend to file a motion for summary judgment today, November 24, 2004. Accordingly, defendants' motion will be served and filed immediately before the Thanksgiving holiday. Currently, Ms. Ré's opposition is due on Wednesday, December 8, 2004.

2. Because of the holiday, Ms. Ré requests an additional five (5) days, until Monday December 13, 2004, to file and serve her opposition to the arguments raised in defendants' summary judgment motion.

3. This extension will cause no prejudice to defendants, who have assented to the relief requested in this motion.

Accordingly, Ms. Ré respectfully requests that this Court allow her motion and grant Ms. Ré an enlargement of time, until December 13, 2004, to file her opposition to defendants' motion for summary judgment.

JUDITH RÉ

By her attorneys,

/s/ Daniel A. Curto
Edward P. Leibensperger (BBO #292620)
Daniel A. Curto (BBO # 639883)
Heather Egan-Sussman (BBO # 648192)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
(617) 535-4000

Dated: November 24, 2004

## RULE 7.1 CERTIFICATION

I, Daniel A. Curto, hereby certify that I have conferred with counsel for defendants regarding the subject matter of this motion and counsel has assented to the relief requested herein.

/s/ Daniel A. Curto