UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>        Plaintiff,<br><br>v.<br><br>JODI R.R. SMITH, AND<br>BARNES & NOBLE, INC.,<br><br>        Defendants. | Civil Action No. 04-11385-RGS |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Barnes & Noble, Inc. and Jodi R. R. Smith (collectively, "Defendants"), by their undersigned counsel, hereby move for Summary Judgment as to all counts of Plaintiff Judith Ré's ("Plaintiff") Complaint.

In support hereof, all as more fully set forth in the Rule 56.1 Statement of Undisputed Facts, memorandum of law and affidavits which accompany this motion, Defendants state that there are no material facts in dispute and that, under the relevant authorities, they are entitled to the above-requested Summary Judgment in their favor.

WHEREFORE, Defendants Barnes & Noble, Inc. and Jodi R. R. Smith respectfully request that the Court (i) enter Summary Judgment in their favor as to all counts of Plaintiff's Complaint; and (ii) grant such other and additional relief as the Court may deem just and proper.

{B0349199; 1}

Dated: November 24, 2004

        DEFENDANTS JODI R. R. SMITH and
        BARNES & NOBLE, INC.

        By their attorneys,

        /s/ *[signature]*
        Richard S. Sanders (BBO # 562014)
        Jeffery Francis (BBO# 639944)
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, Massachusetts 02109
        (617) 338-2800
        (617) 338-2880 facsimile
        *jfrancis@sandw.com*

        Erik W. Kahn
        Daniel P. Waxman
        Kira P. Watson
        BRYAN CAVE LLP
        1290 Avenue of the Americas
        New York, New York 10104
        (212) 541-2000
        (212) 541-4630 facsimile

## LOCAL RULE 7.1 CERTIFICATION

On November 24, 2004, counsel for Defendants conferred by telephone with counsel for the Plaintiffs and counsel for the Plaintiffs did not assent to the relief requested in this motion.

Jeffery Francis (BBO# 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 facsimile
*jfrancis@sandw.com*

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail (by hand).

Date: 11-24-04