UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :
JUDITH RÉ,                            :
                                      :
         Plaintiff,                   :
                                      :
   v.                                 :   Civil Action No. 04-11385-RGS
                                      :
JODI R.R. SMITH, AND,                 :
BARNES & NOBLE, INC.,                 :
                                      :
         Defendant.                   :
                                      :
                                      :
------------------------------------- x


## AFFIDAVIT OF TODD J. BRAVERMAN, ESQ.

I, Todd J. Braverman, Esq., hereby depose and state:

### INTRODUCTION

1.    I am an associate at the law form of Bryan Cave LLP which represents Defendants in the above-captioned matter. I submit this affidavit in support of Defendants' Motion for Summary Judgment.

### BACKGROUND

2.    I personally conducted searches of the Internet, Lexis/Nexis, U.S. Trademark Office Trademark Electronic Search System and other related databases in connection with this affidavit. I also relied upon a search conducted by Thomson & Thomson, dated June 24, 2004.

## DICTIONARY DEFINITIONS AND THESAURUS ENTRIES OF "SAVVY"

3.    An Internet search revealed dictionary definitions and thesaurus entries for the designation "Savvy" [Exhibit 1]. The following is a table of dictionary definitions and thesaurus entries for the designation "Savvy."

| No. | Definition | Source |
|-----|------------|--------|
| 1. | adjective - Informal - Having or showing a clever awareness and resourcefulness in practical matters: astute, cagey, canny, knowing, perspicacious, shrewd, slick, smart, wise1. | Yourdictionary.com |
| 2. | savvy - informal<br>noun - shrewdness.<br>verb (savvies, savvied) know or understand.<br>adjective (savvier, savviest) shrewd and knowledgeable | Compact Oxford English Dictionary |
| 3. | noun - shrewdness: shrewdness and practical knowledge (informal ) | Encarta® World English Dictionary, North American Edition |
| 4. | (informal) sophisticated and intuitive understanding, esp. of the way organizations work and of people's motives for action | The Wordsmyth English Dictionary-Thesaurus |
| 5. | ADJECTIVE: Inflected forms: sav·vi·er, sav·vi·est<br>Informal Well informed and perceptive; shrewd: savvy Washington insiders.<br>NOUN: Practical understanding or shrewdness: a banker known for financial savvy | The American Heritage® Dictionary of the English Language |
| 6. | —v.t., v.i. - to know; understand.<br>—n. - Also,sav'vi•ness.practical understanding; shrewdness or intelligence; common sense: a candidate who seemed to have no political savvy. | Infoplease Dictionary |
| 7. | noun [U] - INFORMAL<br>practical knowledge and ability<br>She has a lot of marketing savvy.<br><br>Adjective - INFORMAL<br>He's a politically savvy guy. | Cambridge Dictionary of American English |

2

# NON-TRADEMARK USE OF "SOCIAL SAVVY" BY PLAINTIFF IN HER BOOK SOCIAL SAVVY - A TEENAGER'S GUIDE TO FEELING CONFIDENT IN ANY SITUATION

4.  A review of Plaintiff's book entitled "SOCIAL SAVVY - A Teenager's Guide To Feeling Confident In Any Situation" revealed numerous uses of the designation "social savvy" as a synonym for goods manner and etiquette, [Exhibit 2]. The following is a table of examples of non-trademark uses of the designation "Social Savvy" by Plaintiff in her book.

| No. | Usage | Source |
|-----|-------|--------|
| 8.  | **Social savvy** is a quality of interacting with the world with ease and style | Page 7 |
| 9.  | **Social savvy** is about taking control of circumstances instead of allowing them to frighten, intimidate, confuse, or embarrass you. | Page 7 |
| 10. | But that's the only reason I hesitate to compare good manners with **social savvy**. | Page 8 |
| 11. | **Social savvy**, in fact, has a lot to do with good manners – except that it's the aspect of good manners you probably never thing about. | Page 8 |
| 12. | They [manners] are, in fact, your ticket to acquiring that thing called **social savvy**. | Page 8 |
| 13. | **Social savvy** is like a magical invisible cloak you can wear anywhere. | Page 8 |
| 14. | I prefer "**social savvy**" [to "good manners"] because it seems fuller to me. | Page 8 |
| 15. | On weekends I conduct a two-day program for young people on **social savvy**. | Page 9 |
| 16. | …all opportunities for exercising a little **social savvy** – and taking the sting away from that feeling of "Uh-oh. Did I do the right thing?" | Page 10 |
| 17. | It makes no difference how you label that quality of moving about the world with ease and style – "**good manners**" or "**social savvy**." | Page 10 |
| 18. | One of the most enduring benefits of **social savvy**, aside from the ability to handle an assortment of tricky situations, is | Page 10 |

| No. | Usage | Source |
|---|---|---|
|  | the way it can draw people to you. |  |
| 19. | With **social savvy** at your fingertips you will have the ability to bring out the best in people most important to you and thus, quite frankly, get what you most want: their respect and affection. | Pages 10-11 |
| 20. | Undoubtedly you move about your world with plenty of **social savvy**. | Page 11 |
| 21. | **Social savvy** is something everyone deserves. | Page 14 |
| 22. | **Social savvy** is not something that happens overnight. | Page 16 |
| 23. | Because **social savvy** is a little more complicated than it looks, I think it's a smart move to take a look at what I feel are the five basic building blocks. | Page 16 |
| 24. | Face-to-face conversations are not the only ones that require **social savvy**. | Page 44 |
| 25. | But what they can do, and in fact, what they must do, is learn to bend, to *compromise* – another **social savvy** building block. | Page 59 |
| 26. | First of all, recognize that your friend's **social savvy** is in a state of disrepair. | Page 95 |
| 27. | When it comes to sitting down to a great meal, table-time *know-how* is your ticket to **social savvy**. | Page 100 |
| 28. | When it comes to **social savvy**, the truth is, the more you understand the important differences between people, the easier and more confident you will be. | Page 193 |
| 29. | **Social savvy** is a wonderful skill you can use at all times. | Page 200 |
| 30. | **Social savvy**, 200<br><br>    benefits of, 8-10<br>    building blocks of, 16-26<br>    inventory, 12-14<br>    interrelationships in, 26 | [Index] Page 206 |

C056681/0180480/1193293.6

## NON-TRADEMARK USE OF "SOCIAL SAVVY"
## BY OR ABOUT PLAINTIFF IN ARTICLES

5.  Internet and Lexis/Nexis searches revealed newspaper and magazine articles either (a) quoting Plaintiff's non-trademark use of the designation "social savvy" as a synonym for etiquette, social graces or similar behavior or (b) articles using the designation "social savvy" in a non-trademark sense when referring to Plaintiff's etiquette consulting services [Exhibit 3]. The following is a table of examples of non-trademark uses of the designation "Social Savvy" by Plaintiff and third parties in connection with Plaintiff.

| No. | Usage | Source / Date |
|---|---|---|
| 31. | Author and etiquette expert **Judith Re** agrees.<br><br>"The role models we used to have years ago no longer exist," said Re, who teaches etiquette at the **Judith Re** Academie in Fairfield, Conn.<br><br>"We no longer have the mother or father at home with the child. We don't have the family meal. Many of the **social-savvy** tools we have were learned at the dinner table. Now it's islands and stools." | Hamilton Spectator (Ontario, Canada) March 18, 2000 Saturday Final Edition<br>Newsday (New York) February 26, 2000, Saturday BYLINE: Greg Morago;<br>The Hartford Courant |
| 32. | Etiquette consultant **Judith Re** hopes that her book "**Social Savvy**, A Teenager's Guide to Feeling Confident in Any Situation" (Summit Books, $19.95), will steer today's teen-agers away from these and other "miserable moments."<br><br>"**Social savvy** is more than just etiquette and manners," explained Miss Judith, as her students call her, during an interview before a weekend seminar for youngsters. "**Social savvy** is a way in which you present yourself, a way in which you believe in yourself."<br><br>... bad manners when their parents were at fault for failing to educate them, she said.<br><br>"There's been a breakdown in the family. There's no longer the family dinner," says Re. | Los Angeles Times, December 11, 1992 |
| 33. | Having **social savvy** strengthens teens' self-confidence and makes them feel more comfortable in their own shoes, she says...How does she know?  Re, 36, said that she went to private school where she learned **social savvy** and good manners...Re says building blocks of **social savvy** include responsibility, compromise, sensitivity, respect and know-how. | USA TODAY, September 3, 1992 |
| 34. | That's why Barry and 13 other young people were in the | The Boston Globe, August |

| No. | Usage | Source / Date |
|---|---|---|
|  | Wendell Phillips Room at the Four Seasons Hotel listening Monday to author and manners specialist **Judith Re** (pronounced "ray") tell them how to hold a fork and cut a steak and butter bread.<br>"When you think of the word 'etiquette,' what do you think of?" Re asked them.<br><br>"Sophistication," responded one young man.<br><br>"I think of something stuffy," Re said. "So I use the words **'social savvy.'** " | 6, 1992 |
| 35. | She admonishes parents of the 60s generation to do some "post-graduate work" in educating their youngsters about **social savvy**....Re opens her 208-page book, written with **Meg F. Schneider,** by discussing **social savvy,** which she describes it as "a quality of interacting with the world with ease and style." She teaches teen-agers to achieve this by working on five "building blocks," namely by exercising responsibility, compromise, respect, sensitivity and know-how. | The Associated Press November 1, 1991, Friday, |
| 36. | Can Ms. Judith turn nose-fingering, suburban ducklings into **socially savvy** swans? I enrolled my eight-year-old son Christopher, who blew off the group's early-morning tour in favor of a pressing soccer commitment. Sweaty and a tad ... | Forbes March 13, 1995 |
| 37. | Miss Judith called for attention. "Ladies and gentlemen," she began. "Today we will be learning about **social savvy,** which means respect, responsibility, sensitivity and compromise. It's about treating other people as you want to be treated yourself." | New York Times November 23, 1997 |

### USE OF THE PHRASE "SOCIAL SAVVY"
### PRIOR TO PLAINTIFF'S CLAIMED DATE OF FIRST USE

6. Internet, Proquest and Lexis/Nexis searches revealed various uses of the phrase "social savvy" prior to Plaintiff's claimed date of first use in U.S. Registration No. 1,669,778, including several uses by etiquette/advice columnists from the 1940's and 1950's [Exhibit 4]. The following is a table of examples of uses of the phrase "social savvy" prior to Plaintiff's claimed date of first use in U.S. Registration No. 1,669,778.

| | | |
|---|---|---|
| 38. | All in all, your high-pressure notions of what she owes you, via John, reflect very unfavorably on your taste, intelligence and **social savvy** | Mary Haworth Advice column<br>The Washington Post<br>Washington, D.C.:<br>Feb 9, 1949. |
| 39. | …while she still lacks the **social savvy** to rightly appraise the fellow on the score of helpmeet congeniality | Mary Haworth Advice column<br>The Washington Post<br>Washington, D.C.:<br>Apr 11, 1952. p. C5 |
| 40. | But unfortunately, she hasn't the **social savvy** and self-confidence to make a respected place for herself in the new environment | Mary Haworth Advice column<br>The Washington Post And Times Herald<br>Washington, D.C.<br>Dec 5, 1954. |
| 41. | Emily Post answers a question on Dressing For Dinner. Readers eagerly follow Mrs. Post's sprightly column in The American Weekly - match their **social savvy** against America's foremost authority on etiquette | The American Weekly<br>Wall Street Journal<br>New York, N.Y.:<br>Sep 25, 1957 |
| 42. | Lacks **Social Savvy** | Mary Haworth Advice column<br>The Washington Post, Times Herald<br>Washington, D.C.:<br>Nov 17, 1959. p. D5 |
| 43. | Handsome hand Shaped suitable . . . our Marcrown mohair model. Meticulously tailored to his lifestyle by our expert staff. Updated. And up-and into the holiday stream. **Social savvy**, at 160.00 | Martin's Department Store newspaper advertisement<br>New York Times<br>New York, N.Y.:<br>Nov 26, 1972. |
| 44. | As for the songs, there's a lot of substance and very little rhetoic. "All Right All Night" is a straight-ahead rocker, while "Sorry Mr. Harris" shows Robinson's **social savvy**. As the melody bounces jauntily along, Robinson describes a rather frightening police interrogation. "Blue Murder" is equally unsparing in its depiction of crime, its aftermath, | The Washington Post<br>June 1, 1979 |

7

|     |     |     |
| --- | --- | --- |
|     | and how to avoid it. No gay-rights ... |     |
| 45. | Peter McCoy, the first lady's chief of staff, said that Mrs. Brandon was chosen "because we were looking for someone who was dynamic and imaginative with Washington **social savvy** | United Press International February 2, 1981 |
| 46. | I am confident your sage wisdom can save me; you need mince no words in denouncing either his or my lack of **social savvy**. You need mince no words in denouncing either his or my lack of **social savvy**. | Miss Manners advice column The Washington Post August 3, 1982 |
| 47. | U2: War (Island). Righteous rock with **social savvy**, fierce as a street fight | Time Magazine, January 2, 1984 |
| 48. | Jumping-off point for scholars less interested in convincing us of the majesty of every church he produced, or in idealizing what still may be seen as Goodhue's opportunistic use of historical styles, political or **social savvy**, and romantic illusionism. | Copyright 1985 Penton Publishing Inc. Progressive Architecture February, 1985 |
| 49. | We invite jobs, not people as individuals, admits Sandra Gottlieb, the **socially savvy** wife of that Canadian Ambassador | Washington Monthly July, 1985 |
| 50. | Rawson Associates, for $22.95 a copy. It is a book of rules and tips culled from the former White House social secretary's experiences and observations. Based on the theory that good manners are the cornerstone of a successful company, the book is geared toward helping individuals attain poise and confidence within the workplace and outside it.<br><br>As a desk-top compendium of **social savvy**, it covers the basics - how to make an introduction, how to become a good conversationalist, how to be a good host or guest. Several chapters are devoted to quirky matters, such as "Divorce Etiquette in the Office" and "Using Nicknames in the Workplace." | The New York Times, October 13, 1985 |
| 51. | Business would be awfully dull if everyone went by Baldrige's book. Real **social savvy** involves not only knowing an organization's or country's customs and rules of etiquette, but also knowing when they can be broken. Good business manners do not require us to become phonies, but rather that we show ... | Harvard Business Review, September 1986 |

## NON-TRADEMARK USE OF "SOCIAL SAVVY" BY THIRD PARTY ETIQUETTE CONSULTANTS AND IN CONNECTION WITH ETIQUETTE SEMINARS

7.  Internet and Lexis/Nexis searches revealed articles and web sites where third party etiquette consultants consistently use the designation "Social Savvy" as a synonym for etiquette, social graces or similar behavior in connection with their etiquette seminars, including in seminar titles. Attached are excerpts from articles referring to third party etiquette consultants using the designation "Social Savvy" as a synonym for etiquette, social graces or similar behavior [Exhibit 5]. The following is a table of examples of non-trademark uses of the designation "Social Savvy" by third-party etiquette consultants.

| No. | Usage | Source / Date |
|---|---|---|
| 52. | **Social Savvy** Kids - (6 hours)<br>The return to traditional values has brought about an increased appreciation of civility. A foundation of good manners gives young people of all ages an opportunity to learn and practice leadership skills , now, and for the rest of their lives. Students learn the importance of courtesy, kindness and an appreciation for individual differences. This fun and informative program includes role-playing exercises and workbooks for students to keep as a reference guide. This class is organized into three 2-hour sessions. A certificate of completion is also included.<br><br>Some topics include: Making Introductions, Handshaking, Posture, Telephone Etiquette, Cultural Differences, Public Speaking, Writing Thank-You Notes, Meeting People with Disabilities | Ana Aspinall & Co. Etiquette & Protocol |
| 53. | **SOCIAL SAVVY** CAMP FOR KIDS. Charleston School of Protocol and Etiquette. This five-day summer camp will help youngsters, ages 9-13, achieve important leadership and social skills. Morning sessions of etiquette, followed by daily lunch tutorials in the formal dining room. | Charleston School of Protocol & Etiquette - Cynthia R. Grosso |
| 54. | **The Social Savvy Society** - This 9 month finishing school type program will help boys and girls, ages 9-13, achieve important life skills. In addition to manners and etiquette, civility lessons are taught through stories profiling leaders, sports figures and heroes. | Charleston School of Protocol & Etiquette - Cynthia R. Grosso |
| 55. | **Social Savvy** - How to Feel More Confident Almost Anywhere -- Training by Dr. Ann Ladd | Learning For Living learningforliving.org |
| 56. | Business/**Social Savvy** seminar taught by Cynthia Shannon and Mary Claire Attebery | Modesto Junior College Community Education virtual.yosemite.cc.ca |
| 57. | **Social Savvy** for Singles workshop | Linda Stambaugh www.lindastambaugh.com |

9

| No. | Usage | Source / Date |
|---|---|---|
| 58. | "Polishing **Social Savvy**" - *Ladies and gentlemen in ninth grade and above will get together for "Polishing **Social Savvy**" from 9:30 a.m. to 2:30 p.m. July 11 at the Aria Grill at the Westin, One Broadway North | The Daily Oklahoman - June 24, 2003 |
| 59. | An HCC program teaches youngsters while forgoing tests and homework traditionally used in classes…"**Social Savvy**," also for elementary-age children, teaches kids the importance of etiquette. The course ends with a catered lunch to illustrate table manners. "Partners with Potter," for 8- to 12-year-olds, delves into the world of … | Baltimore Sun July 29, 2003 |
| 60. | The next class "**Social Savvy** for Teens," is scheduled for p a.m. to 1 p.m. | The Miami Herald November 16, 2003 |
| 61. | classes in **SOCIAL SAVVY** - the topics that we cover include first impressions, introductions, business and social etiquette . . . | Final Touch Finishing School www.finaltouchschool.com |
| 62. | course titled "**Social Savvy** for Kids." Polish your social skills and learn proper etiquettes. You'll be taught the do's and don'ts of good manners. | Prince George's Community College |
| 63. | The Vero Beach Recreation Department is sponsoring a "**social savvy**" class 9 a.m.-noon May 22 at the Bethel Creek House | Vero Beach Florida May 3, 2004 |
| 64. | Business And **Social Savvy** Robyn's 'About Style' Blog Robyn Haagsma is the founder of the Indy-based fashion and consulting business "about STYLE." The self-described fashion enthusiast and style junkie is well-versed in matters of business etiquette, social graces and the latest fashion trends. Visit www.aboutstyleindy.com or call (317) 847-9048 for more information. This week I would like to address social and business savvy, because having manners is always in! | The Indy Channel web site http://www.theindychannel.com/entertainment/3560710/detail.html |
| 65. | Helping Your Child With "**Social Savvy**" 25/05/2004 04:38 PM Visiting psychologist and author of the book Social Savvy, Linda Peterson, shares some techniques you can use to help your child with social development. | XTRA Broadband http://www.xtra.co.nz/broadband/0,,10979-3376174-300,00.html |
| 66. | Thelma Domenici & Associates As leaders in contemporary social skills development, we share our expertise in etiquette, interpersonal communication, business protocol and leadership through a series of dynamic programs. Our programs empower children, teens, college students and professionals with confidence and **social savvy.** | Thelma Domenici & Associates http://www.thelmadomenici.com/ |
| 67. | … good intentions, but they fall into social traps when they | The Dallas Morning News |

C056681/0180480/1193293.6

| No. | Usage | Source / Date |
|---|---|---|
|  | don't know what they don't know, says Joy Weaver, president of Plano, Texas-based Protocol Enterprises.<br><br>That's where etiquette comes in. It helps people be "**socially savvy,**" she says.<br><br>Weaver started Protocol Enterprises in July 2000 after years of fielding etiquette questions at the real-estate company where she worked as vice president of corporate communications. | December 19, 2003, Friday |
| 68. | Poise, confidence, and refinement. These are the qualities that were imparted to the senior class of St. Mary's Academy as they participated in **Social Savvy,** a school-sponsored etiquette and protocol seminar designed to prepare young women to enter any arena with confidence, grace and style.<br><br>... Presentation," "Effective Communication," "Fine Dining" and "Dress For Success."<br><br>Bruce Freeman, banquet captain at the Wyndham Canal Place Hotel, presented a workshop on fine dining and tea etiquette.<br><br>"**Social savvy** is a quality of interacting with the world with ease and style, allowing one to trust in his or her abilities to enter any social situation," said St. Mary's Academy Director of Student Affairs Lisa Ross, who ...<br><br>... intimidated, confused, or embarrassed," Ross said. "Lunch in the school cafeteria, resolving conflicts with friends, competing on the basketball team or interviewing for a job are all opportunities to exercise a little **social savvy.**" | Times-Picayune (New Orleans, LA)<br>February 16, 2003 Sunday |
| 69. | TO THE MANNER TAUGHT: EX-MODEL'S ETIQUETTE CLASSES NUDGE POOR KIDS TO SET GOALS...Of course, success in life doesn't necessarily depend on knowing which fork to use first. But it's a good place to start, Butler says.<br><br>**Social savvy** is a key to developing self-esteem, she says. And she speaks from experience.<br><br>Butler, 40, grew up in Riviera Beach, and she had a couple | Palm Beach Post (Florida)<br>June 19, 2000 |

11

| No. | Usage | Source / Date |
|---|---|---|
|  | of goals for herself once she graduated from Suncoast High School: |  |
| 70. | Some of the classes include Pee Wee Picassos, Playtime Theater, Ooey Gooey Art, Creative Wire Sculpturing and **Social Savvy for Kids.** "**Social Savvy** helps the kids out with manners," said Cheryl Marrs, director of Continuing Education. 'We teach them table manners and introductions. This year we are also going to ask the teachers to go over burping in public. | Tulsa World (Oklahoma) June 02, 1999 |
| 71. | Marilyn Ashley, a social and business etiquette consultant, is offering a Feb. 24 class on dining etiquette and **social savvy.** To register, call Leisure Learning at 713-877-1981 and ask for class No. 3050. | The Houston Chronicle, February 14, 1997 |
| 72. | Amy Mills Tunnicliffe, who runs the Proper Manners Academy of Boston, agreed that teen etiquette is nearing extinction - although manners are a must in the adult world. "In terms of future success, **social savvy** is critical. . . " | Boston Herald March 13, 1995 |
| 73. | Pierce College, 6201 Winnetka Ave., Woodland Hills, (818) 719-6425. "Minding Your P's And Q's." Meets six Tuesdays, 5:30 to 6:30 p.m.; $29 plus $6 materials fee. New session in February. Ages 9 to 13. Teaches **social savvy,** including table manners, introductions, phone etiquette and appropriate dress. | Los Angeles Times, November 19, 1993 |
| 74. | Finish Me offers savvy seminars. In her youth, Beverly Lee was a tomboy. Now, the California native is teaching women how to be professional young ladies…I saw a need for this type of etiquette, **social savvy** and self awareness, Lee, 33. | View Neighborhood Newspapers |
| 75. | Judi The Manners Lady. The Manners Club is a fun (and cool) way for children and parents to learn etiquette, **social savvy** and important life skills together. | The Manners Club web site |
| 76. | Modern Manners for Modern Times - Technical business skills may get you a job interview, but possessing **social savvy** and personal refinement will carry you further along your career path in today's environment. Join business and social etiquette experts Amanda Crawford and Jason Tesauro from the English Manner, a finishing school for social etiquette and entertaining skills for the 21st century. | Smithsonian Resident Associate Program |
| 77. | Cocktail Party Panache. Nor is anyone impressed by your **social savvy** when you behave like a bungling amateur at an affair | Etiquette International |
| 78. | The Helping Hand - Becoming **Socially Savvy** | Simon Fraser University |
| 79. | A faux pas in their soup? Etiquette expert helps executives improve their **social savvy** | Daily Business Review - Monday, May 24, 1999 |

12

| No. | Usage | Source / Date |
|---|---|---|
|  |  | Jacqueline Whitmore - founder of the Protocol School of Palm Beach |
| 80. | The Etiquette School - Upcoming Events. . . and Business and Social Savvy | www.etiquette-school.com |
| 81. | ... a one-day seminar, "Outclass the Competition, Saturday, June 7, from 9 a.m. - 4:30 p.m. at The Woodlands Resort and Inn in Summerville. This program is designed to help polish the individual in the **social savvy** skills that make a professional impression. Registration is limited. Call 207-1025 or email cgrosso@Charlestonschoolofprotocol.com. | The Post and Courier (Charleston, SC) June 2, 2003 Monday |
| 82. | There is event greater need for executives to be **socially savvy**, says Anne Oliver, founder of L'Ecole des Executifs, an Atlanta company that has provided business etiquette since 1976. | Africa News August 15, 2002 |
| 83. | "The height of being rude is telling someone else they have bad manners," said Lombard, subtly cautioning more **socially savvy** individuals to bridle self-righteous enthusiasm. | The Daily News of Los Angeles September 25, 1999 |
| 84. | Amy Mills Tunnicliffe - **Social savvy** is crucial at business events and meetings, yet research shows most people experience anxiety at the thought of facing new situations and new people | San Diego Business Journal September 29, 1997 |
| 85. | She also teaches conversation skills and the importance of small talk, and tries to make her students more socially aware of things. "Corporations are going to hire people with **social savvy**, people who have dining skills, people who can communicate. That's why etiquette and manners and social graces are so important," Dongieux said | Times-Picayune (New Orleans, LA) June 9, 1996 Sunday |
| 86. | firm based in South Salem, New York, that specializes in corporate etiquette. "Because we're still relative new-comers to high-profile jobs, many of us haven't had time to learn how to be '**socially savvy**' in business," Davis asserts. Here are Davis's basic do's and don't's in corporate manners: DO use a person's official title when introducing her or him to those outside your company or department, even if you're on a first | Essence August, 1993 |

C056681/0180480/1193293.6

# THIRD PARTY NON-TRADEMARK USE OF "SOCIAL SAVVY" AS BOOK TITLES AND WITHIN BOOKS

8. Internet and Lexis/Nexis searches revealed several third party authors using the designation "Social Savvy" as a synonym for etiquette, social graces or similar behavior in the title of books and within the body of the books. Attached are excerpts from articles referring to third party authors using the designation "Social Savvy" as a synonym for etiquette, social graces or similar behavior [Exhibit 6]. The following is a table of examples of non-trademark uses of the designation "Social Savvy" by third-party authors.

| No. | Usage | Source / Date |
|---|---|---|
| 87. | **SOCIAL SAVVY** - Help Your Child Fit In With Others | Author - Lindy Petersen / Acer Press |
| 88. | **SOCIAL SAVVY FOR THE 90'S** | Author - Audrey Kardon's Kardon & Company - Certified Protocol / Etiquette Consultants |
| 89. | **Social Savvy** - Audio Cassette | Sam Horn's Action Seminar http://www.samhorn.com/books_tapes.html |
| 90. | How to Work a Room: The Ultimate Guide to **Savvy Socializing** in Person and Online | Susan RoAne |
| 91. | Excerpt from page 134 "... the national study. With more **social savvy**, some children at Level Three ..." | The Power of Guidance: Teaching Social-Emotional Skills in Early Childhood Classrooms by Dan Gartrell, Daniel Gartrell |
| 92. | Excerpt from page 53 "... advised to exercise political and **social savvy**-be alert to the sociocultural and ..." | Qualitative Methods in Social Work Research : Challenges and Rewards (Sage Sourcebooks for the Human Services) by Deborah K. Padgett |
| 93. | Excerpt from page 234 "... have the skills, connections, or **social savvy** to make the leap from ..." | Transforming Qualitative Data : Description, Analysis, and Interpretation by Harry F. Wolcott |
| 94. | Excerpt from page 24 "... family increased its wealth through marriage, the byproduct of a **social savvy** that they honed for generations. On November 24, 1682 Jan Meserole" | A Covenant with Color by Craig Steven Wilder |
| 95. | Excerpt from page 94 "... will become clear later, it took a certain amount of **social savvy** to be able to carry out this use. If cooperative ..." | History, Power, Ideology: Central Issues in Marxism and Anthropology by Donald L. Donham |

14

| No. | Usage | Source / Date |
|---|---|---|
| 96. | Excerpt from page 238 "... experiences of many a man with his reflected glory and **social savvy**. Up to the very end when Cal traveled, he was ..." | Boy in the Sand: Casey Donovan All-American Sex Star by Roger Edmonson |
| 97. | Excerpt from page 158 "... I wasn't sure I'd live through them or have any social life left afterward. I gave ... are gifted enough at **social savvy** to learn the degree of polite evasion that will protect ..." | Small Wonder : Essays by Barbara Kingsolver |
| 98. | Excerpt from page 255 "... reflects but one set of capabilities . Without emotional intelligence, **social savvy**, and pragmatic abilities , even geniuses can have a very ..." | Einstein Never Used Flash Cards : How Our Children Really Learn-- And Why They Need to Play More and Memorize Less by Kathy Hirsh-Pasek, et al |
| 99. | Excerpt from page 251 "... status has to do not with technological wizardry but with **social savvy**: the manipulation of reciprocally altruistic allegiances to personal advantage. Machia- ..." | The Moral Animal: Evolutionary Psychology and Everyday Life by Robert Wright |
| 100. | Excerpt from page 119 "... Ask questions instead of giving direct orders. This kind of **social savvy** is not typically a part of most intelligence tests, yet ..." | 7 Kinds of Smart: Identifying and Developing Your Multiple Intelligences by Thomas Armstrong ( |
| 101. | Excerpt from page 40 "... full potential since it will never have sufficient confidence and **social savvy** to enjoy life as an adolescent and adult dog. Without ..." | Dog Behavior : An Owner's Guide to a Happy Healthy Pet by Ian Dunbar |
| 102. | Excerpt from page 220 "... contacts, knowing your opponents or competition-these are the basics of **social savvy**, whether it's your first day at a new job or ..." | The Enlightened Stepmother : Revolutionizing the Role by Perdita K. Norwood, Teri Wingender |
| 103. | This afternoon was a blistering reminder of my loss of **social savvy**. Situations such as this shriveled my ego. I squeezed my ..." | Over My Head by Claudia L. Osborn |
| 104. | Excerpt from page 270 "... less is more • subtle • well-groomed • credibility • **social savvy** • confident • coordinated • right for the culture • ..." | 101 Ways to Make Training Active by Mel Silberman, Karen Lawson |
| 105. | Excerpt from page 165 "... obvious, but younger programmers may not know or have enough **social savvy** to understand all of the issues involved; the question warrants." | How to Become a Highly Paid Corporate Programmer by Paul H. Harkins |
| 106. | Excerpt from page 181 "... begins to engage more and more of their thoughts, but **social savvy** may lag well behind the desire to play creatively with..." | Strong-willed Child Or Dreamer? by Dr Dana Scott Spears, Dr Ron L. Braund |
| 107. | Excerpt from page 49 "... created more opportunities for honing questions and for developing the **social savvy** to | Questions that Work by Andrew Finlayson |

| No. | Usage | Source / Date |
|---|---|---|
| | evaluate responses. The very nature of our lives today ..." | |
| 108. | Excerpt from page 159 "... This confession embarrassed Helena. "Dear me, why?" she inquired. "Poise. **Social savvy**. Looks. Success with men. Proms. Football games. Junior Assem- ..." | The Group by Mary McCarthy |
| 109. | Excerpt from page 145 "... what I wanted from their catalogue of cool moves and **social savvy**, and returned to the ranch on weekends and vacations. I ..." | Breaking Clean by Judy Blunt (Paperback) |
| 110. | Excerpt from page 54 "... clientele who were the audience for the best wines. The **social savvy**, language skills, and the capital to own large stocks of ..." | Making Sense of Wine by Matt Kramer |
| 111. | Excerpt from page 30 "... writer should bring a producer to a pitch meeting for **social savvy**, political lever- age, and simultaneous translation for the artistically challenged. ..." | Hello, He Lied: And Other Truths from the Hollywood Trenches by Lynda Obst, Lynda Rosen Obst |
| 112. | Excerpt from page 159 "... gregarious and pleasing personality, a good appearance, good manners, patience, **social savvy**, and a good sense of humor.." | The Translator's Handbook (Translator's Handbook) by Morry Sofer, Natl Book Network Schreiber Pub |
| 113. | Excerpt from page 61 "... told herself, was a Wall Street insider; he had great **social savvy**; his ambition was as immense as hers. Why not let ..." | Hollywood Diva: A Biography of Jeanette Macdonald by Edward Baron Turk |
| 114. | Excerpt from page 187 "... GIFTEDNESS-EVERY CHILD'S BIRTHRIGHT chanical reasoning, **social savvy**, intuitive perception, or sheer creative imagination-may perform poorly in school ..." | Awakening Your Child's Natural Genius: Enhancing Curiosity, Creativity, and Learning Ability by Thomas Armstrong |
| 115. | Excerpt from page 63 "... them away with the quality of your work and your **social savvy**. Many lawyers told me that clerks they had who "felt ..." | What Law School Doesn't Teach You: But You Really Need to Know by Kimm Alayne Walton |
| 116. | Excerpt from page 268 "... de- scribed as mental telepathy in dolphins. They are highly social creatures. Indeed, their survival ... to turn their considerable **social savvy** toward humans. Around the turn of the century a horse ..." | Dolphin Chronicles: A Fascinating, Moving Tale of One Woman's Quest to Understand-And Communicate With-The Sea's Most Mysterious Creatures by Carol J. Howard |
| 117. | Excerpt from page 256 "... all of our riches., we now face the economic and social challenge of caring for an ... if we show some **social savvy**, "we may be able to repair much of the damage ..." | Imagine: What America Could Be in the 21st Century by Marianne Williamson, et al |

16

C056681/0180480/1193293.6

| No. | Usage | Source / Date |
|---|---|---|
| 118. | Excerpt from page 138 "... whom he often indulged with hunting and fishing excursions; this **social savvy** served him well in business. ..." | Disconnected: Deceit and Betrayal at WorldCom by Lynne W. Jeter |
| 119. | Excerpt from page 86 "... doesn't give a fig for other people's routines or social codes of conduct. This is ... because he lacks the **social savvy** to know when to step aside. This is the oblivious ..." | The Oracle of Love: How to Use Ordinary Playing Cards to Answer Your Relationship Questions, Predict Your Romantic Future, and Find Your Soul Mate by Lee Ann Richards |
| 120. | Excerpt from page 193 "... poshness. It hosts regular teddy-bear teas, kids' cooking classes, "**social savvy**" lessons for 8- to 12-year-olds, and Easter and Christmas kids' ..." | Storybook Travels : From Eloise's New York to Harry Potter's London, Visits to 30 of the Best-Loved Landmarks in Children's Literature by Colleen Dunn Bates, Susan La Tempa |
| 121. | Excerpt from page 38 "... not only know each other as individuals but understand the social fabric and dynamics of the entire group, the minimal qualification for membership in the group is what we might call **social savvy**. The more populous the group, the greater the demands for .." | The Hand: How Its Use Shapes the Brain, Language, and Human Culture by Frank R. Wilson |
| 122. | Excerpt from page 206 "... her short Corgi legs. I wished that Wilson had her **social savvy**. For one thing, if I couldn't really watch the freestyle ..." | The Wicked Flea: A Dog Lover's Mystery by Susan Conant |
| 123. | Excerpt from page 133 "... Capabilities 133 The exercise of power does not necessarily require **social savvy**, whereas the ability to influence other people clearly does. To ..." | When Goliaths Clash: Managing Executive Conflict to Build a More Dynamic Organization by Howard M. Guttman |
| 124. | Excerpt from page 56 "... how much to tip (especially in foreign currencies) demands the **social savvy** of Martha Stewart crossed with the accounting prowess of a ..." | Honeymoon Vacations for Dummies by Reid Bramblett, et al |
| 125. | Excerpt from page 110 "... was not as deep as that; maybe she just lacked **social savvy**. I could not be sure. But the amazing thing is ..." | Well-Tended Soul, A by Valerie Bell |
| 126. | Excerpt from Front Matter "... I didn't have them. Lacking an intuitive grasp of the social game at play (I'm convinced that being an only child retarded my **social savvy**), I tried to rationally understand the dynamics of this ..." | Territorial Games by Annette Simmons |
| 127. | Excerpt from page 179 "... are a great hire while impressing the interviewer with their **social savvy**. Following Up versus Stalking Sending someone an appropriate thank you ..." | 24 Hours to the Perfect Interview : Quick Steps for Planning, Organizing, and Preparing for the Interview |

C056681/0180480/1193293.6

| No. | Usage | Source / Date |
|---|---|---|
|  |  | that Gets the Job by Matthew J. DeLuca, Nanette F. DeLuca |
| 128. | Excerpt from page 129 "... fleet-footed messenger boy) works both ways. They knew she lacked **social savvy**; they could have called her. By only including the hipper, ..." | Happily Ever After : The Fairy-tale Formula for Lasting Love by Wendy Paris |
| 129. | Excerpt from page 48 "... Often academics seems to prosper at the expense of **social savvy**. I think this was the case here. Actually, I don't ..." | How Precious Was That While by Piers Anthony |
| 130. | Excerpt from page 112 "... home? The answer is don't invite them. Adults with any **social savvy** will realize Tacky, Tacky, Tacky Please don't put "Adults-only reception" ..." | Wedding Etiquette for Divorced Families : Tasteful Advice for Planning a Beautiful Wedding by Martha A. Woodham |
| 131. | Excerpt from page 248 "... people. Caretakers severely lack confidence and only exert administrative and **social savvy** when performing altruistic functions for the emotionally disadvantaged, never for ..." | Treating Adult Children of Alcoholics: A Behavioral Approach by Douglas H. Ruben, Ph.D. |
| 132. | Excerpt from page 49 "When **social savvy** becomes the motivation for good action instead of a genuine ..." | Building Character in Schools Resource Guide (The Jossey-Bass Education Series) by Karen E. Bohlin, et al |
| 133. | Excerpt from page 51 "... person's growth in the Three Ss: Skills, Street Smarts, and **Social Savvy**. | The $100,000 Club : How to Make a Six-Figure Income by D. A. Benton |
| 134. | Excerpt from page 55 "... carried a photo and article on the etiquette course, called "**Social Savvy**" In addition, New York One, a local cable news show, ..." | Public Relations for Hospitality Managers: Communicating for Greater Profits by Albert E. Kudrle, Melvin Sandler |
| 135. | Excerpt from page 332 "... (b) creative action in organizational settings requires more perseverance and **social savvy** than is typical ..." | Creative Action in Organizations : Ivory Tower Visions and Real World Voices by Cameron M. Ford (Editor), Dennis A. Gioia (Editor) |
| 136. | Excerpt from page 55 "... and over many pages, but I think this scrap of **social savvy** expresses in a nutshell how it became possible to actually ..." | Noah's Children: Restoring the Ecology of Childhood by Sara Stein |
| 137. | Excerpt from page 285 "... know from experience that it takes unusual political, economic, and **social savvy** to obtain and keep business. American technological know- | Work With Passion: How to Do What You Love for a Living by Nancy Anderson |

| No. | Usage | Source / Date |
|---|---|---|
| | how is strangely ..." | |
| 138. | Excerpt from page 322 "... own. Always ask for the other person's business card first. **Social savvy**. If there is a single key to success in the ..." | The Unofficial Guide to Climbing the Corporate Ladder by Jack Griffin |
| 139. | Excerpt from page 169 "... life, manifesting her creativity, suiting her personality, playing, avoiding unwanted social interactions, working authentically and with ... Lack of Relationships and **Social Savvy**. I have always been the rat that walks alone. ..." | A Life in the Arts: Practical Guidance and Inspiration for Creative and Performing Artists (Inner Work Book) by Eric Maisel |
| 140. | Excerpt from page 148 "... cultivating a few qualities like consideration, enthusiasm, and a little **social savvy**. SAVOIR FAIRE • Answer all invitations promptly. Since food and ..." | Guests Without Grief : Entertaining Made Easy for the Hesitant Host by Paula Jhung |
| 141. | Excerpt from page 380 "... field know that what's singular about primates is their **social savvy**." | Quick Studies: The Best of Lingua Franca by Alexander Star (Editor) |
| 142. | Excerpt from Front Cover "... limelight? Do you enjoy working with people and possess the **social savvy** that makes others take notice? If so, you can put ..." | Careers for Extroverts & Other Gregarious Types by Jan Goldberg |
| 143. | Excerpt from Back Matter "... brain than men do. Additionally, other studies show that women's **social savvy** gives them a powerful evolutionary advantage despite their greater vulnerability ..." | Powerful Leadership: How to Unleash the Potential in Others and Simplify Your Own Life by Eric Stephan, R. Wayne Pace |
| 144. | Excerpt from page 4 "... generations, folk wisdom is highly concentrated in phrasing and in **social savvy**. Like a native wine, it often has a distinctive flavor. ..." | Czechoslovak Wit and Wisdom Revised by Pat Martin |
| 145. | Excerpt from page 8 "... for both teachers and students of SDL. Life is a social activity, successful action often involves teamwork and **social savvy**, individuals need interaction to learn about themselves, and group work ..." | The Self-Directed Learning Handbook: Challenging Adolescent Students to Excel by Maurice Gibbons |
| 146. | Excerpt from page 1 "... Perhaps one family is intimidated by the apparent wealth and **social savvy** of the other. If both families are sharing total costs, ..." | Modern Bride® Complete Wedding Planner: The #1 Bridal Magazine Helps You Create the Wedding of Your Dreams by Cele Goldsmith Lalli, Stephanie H. Dahl |
| 147. | Excerpt from page 109 "... information about sexuality, sexual behavior, and reproduction. A lack of **social savvy** and limited information about sexuality may combine to make it ..." | Chronic Disease and Disability: A Contemporary Rehabilitation Approach to Medical Practice by Ross M. Hays, et al |
| 148. | Excerpt from page 75 "... paper napkin and reapplies | An Invisible Woman by |

19

| No. | Usage | Source / Date |
|---|---|---|
|  | lipstick. I admire her poise and **social savvy**. She has recently started dating the vice president of a ..." | Elizabeth King |
| 149. | Excerpt from Back Cover "... you combined the dark imagination of Patricia Highsmith with the **social savvy** of Truman Capote, the result might be Social Crimes. A ..." | Social Crimes : A Novel by Jane Stanton Hitchcock |
| 150. | Excerpt from page 563 "... be trusted. It was part show business but more homeboy **social savvy**-the Bill Clinton thing, what George W Bush calls "the charm . . " | Seriously Funny : The Rebel Comedians of the 1950s and 1960s by Gerald Nachman |
| 151. | Excerpt from page 171 "... students and their parents, those who have the information and **social savvy** to exploit the new schooling opportunities. This concern seems unfounded. ..." | Silent Covenants: Brown V. Board of Education and the Unfulfilled Hopes for Racial Reform by Derrick Bell, Derrick A. Bell |
| 152. | Excerpt from page 91 "... there not because of his aggression but because of his social skills. Psychologist Shelley Taylor notes in The Tending Instinct that the reason certain male nonhuman primates become dominant has as much to do with **social savvy** as aggression ." | Same Difference: How Gender Myths Are Hurting Our Relationships, Our Children, and Our Jobs by Rosalind Barnett, Caryl Rivers |
| 153. | Excerpt from page 157 "... or use cash could be regarded as a sign of **social savvy**. But that possibility of informed sorting is eliminated when the ..." | Skepticism and Freedom : A Modern Case for Classical Liberalism (Studies in Law and Economics) by Richard A. Epstein |
| 154. | Excerpt from page 138 "... numerical aptitude, spatial skills, motor coordination, speed, multi-tasking, organizational ability, **social savvy** - and rate the requirements of each occupation according to ..." | Employment for Individuals With Asperger Syndrome or Non-Verbal Learning Disability: Stories and Strategies by Yvona Fast, Yvona |
| 155. | Excerpt from page 138 "... that's a far cry from saying that mind reading or **social savvy** is necessary for the acquisition of language-it's much easier for ..." | The Birth of the Mind: How a Tiny Number of Genes Creates the Complexities of Human Thought by Gary Marcus |
| 156. | Excerpt from page 75 "... one sense, camouflaging is positive in that it indicates some **social savvy**; it's a sign that you're able to read social cues ..." | Girls Will Be Girls : Raising Confident and Courageous Daughters by JoAnn Deak, Teresa Barker |
| 157. | Excerpt from page 270 "... less is more • subtle • well-groomed • credibility • **social savvy** • confident • coordinated • right for the culture • ..." | 101 Ways to Make Training Active by Mel Silberman, Karen Lawson |