| No. | Usage | Source / Date |
|---|---|---|
| 158. | Excerpt from page 109 "... remaining powerless and Allan Bloom inadequate. A simple lack of **social savvy** can also add to a Pushy Parent's persona." | The Control Freak by Les Parrott |
| 159. | Excerpt from page 285 "... know from experience that it takes unusual political, economic, and **social savvy** to obtain and keep business. " | Work With Passion: How to Do What You Love for a Living by Nancy Anderson |
| 160. | Excerpt from page 45 "... children handle themselves in situations requiring a high degree of **social savvy**. In fact, I am often complimented on their manners." | Oh Boy, Oh Boy, Oh Boy: Confronting Motherhood, Womanhood and Selfhood in a Household of Boys by Karin Kasdin |
| 161. | Excerpt from page 141 "... he exhibited great personal commitment as well as political and **social savvy**. Although a single individual's leadership skills, access to resources," | To Live in Peace: Biblical Faith and the Changing Inner City by Mark R. Gornik |
| 162. | Excerpt from page 431 "... to job search domain; following this etiquette will enhance your **social savvy** as well" | The 7 Keys to a Dream Job : A Career Nirvana Playbook! by Dilip G Saraf |
| 163. | Excerpt from Back Matter "... other topics especially geared to enhance the business professional in **social savvy**. ..." | Concise Guide to Executive Etiquette by Linda Phillips, Wayne Phillips |
| 164. | Excerpt from page 161 "... American culture provided Ailey an enviable prototype of creative leadership, **social savvy**, and apparent personal fulfillment." | Dancing Revelations: Alvin Ailey's Embodiment of African American Culture by Thomas F. DeFrantz |
| 165. | Excerpt from page 181 "... been trained to respect adult authority and who have enough "**social savvy**" to avoid making spectacles of themselves in front of their ..." | Your Hyperactive Child by Barbara Ingersoll |
| 166. | Excerpt from page 101 "... skills such as the combination of scientific knowledge and culture-specific **social savvy** required of executives in high-tech, media, and personal service industries." | Center, Vol. 11: Value 2 by Michael Benedikt |
| 167. | Excerpt from page 26 "... concern for character. They have grown dissatisfied with the mere **social savvy** of "winning friends and influencing people," | Cultivating Heart and Character: Educating for Life's Most Essential Goals by Tony Devine, et al |

C056681/0180480/1193293.6

## THIRD PARTY NON-TRADEMARK USE OF "SOCIAL SAVVY" ON WEB SITES

9.    Internet and Lexis/Nexis searches revealed numerous third party web sites using the designation "Social Savvy" to designate classes and courses in etiquette, social graces or similar behavior [Exhibit 7].  The following is a table of some examples of third party web site uses of the designation "Social Savvy" to designate classes and courses in etiquette, social graces or similar behavior.

| No. | Usage | Source / Date |
|---|---|---|
| | | |
| 168. | **"Social Savvy** for Business" Classes | November/December 1999 Vol. 3; #6 www.solodining.com |
| 169. | **SOCIAL SAVVY SECRETS** / Can you pass the "executive" social savvy test? | Executive Social Presentation iesp.org/savvy.html |
| 170. | **SOCIAL SAVVY** | Developing Ideas Digest / May/June 1998 |
| 171. | But a new handbook to **social savvy** can't escape its square future | The Hipster Handbook |
| 172. | Nor is anyone impressed by your **social savvy** | Cocktail Party Panache www.etiquetteintl.com |
| 173. | Community honchos need both **social savvy** and tech know-how | Chatting For Dollars www.internet.monster.com |
| 174. | "to provide every student with the functional knowledge, the literacy and technical skills, and the **social savvy** for success at any higher level of education he or she chooses to pursue" | Principal's Message www.memphis-schools.k12.tn.us |
| 175. | Another student, Matthew Freeman of Shaker Heights, Ohio, returned from Australia, "with confidence, **social savvy**, and a genuine issue in international affairs that really set me apart from my peers | Studying Abroad kidshealth.org |
| 176. | Points of Pride:  With your sharp wit, **social savvy** and enterprising nature (you're a self-starter), you achieve whatever you pursue | www.swoon.com/horoscopes/chinese/rat.html |
| 177. | It has political and **social savvy** that hasn't been heard from yet in a Latina novelist's voice | www.lsj.com/things/events |
| 178. | This is done by the aforementioned methods of trade and **social savvy**. | Gamerz Edge PC web site |
| 179. | Those talents include: common sense, inquiring minds, moral character, sense of humor and **social savvy** | Education World web site |
| 180. | How will these youth gain the competitive edge, **social savvy** or skills employers look for? | www.ttb.on/ca web site |
| 181. | We have grown dissatisfied with the mere **social savvy** of "winning friends and influencing people." | www.edweek.org |

C056681/0180480/1193293.6

| No. | Usage | Source / Date |
|-----|-------|---------------|
| 182. | To be on the winning edge in the professional arena for the 1990s, it is essential to have business and **social savvy** | Erskine College web site |
| 183. | Jamilia is an extraordinarily capable student who possesses a broad range of psychological competencies, **social savvy**, and the intellectual prowess to become a highly respected and effective member of the academy | The College of Education web site |
| 184. | A careful reading of the author's back list of work, however, will find a variety of women, usually models of intelligence, feminine wiles, **social savvy** and perseverance, who often outflank their make counterparts | Denver Post web site |
| 185. | …she again drew upon her **social savvy** to create PDX_Networking | www.prweb.com |
| 186. | So a good preschool program will be one that makes room for different levels of achievement, physical ability, and **social savvy**. | Connect For Kids web site |
| 187. | This **social savvy** is exemplified in the persuasive role she played in Leopold Stokowski's selection as conductor of the Philadelphia Orchestra in 1912 | American Music web site |
| 188. | A new study suggests there may be a gene on the X chromosome inherited from the father that determines **social savvy**. | The NHNE News Brief |
| 189. | Tap Your Genius, Inc. programs show you how to raise your **social savvy** and increase your brain power | Tap Your Genius www.tapyourgenius.com |
| 190. | Those who lack the poise and **social savvy** lose business, despite their MBAs | Birmingham Business Journal www.bizjournals.com |
| 191. | EQ (emotional intelligence) refers to **social savvy** / interpersonal skills | Law Practice Today www.abanet.org |

23

## <u>NON-TRADEMARK USE OF "SOCIAL SAVVY" and "SOCIALLY SAVVY" BY THIRD PARTIES IN PUBLICATIONS AND NEWSPAPER ARTICLES</u>

10.     Lexis/Nexis searches revealed extensive third party use of the designation "social savvy" as a synonym for etiquette, social graces or similar behavior. [Exhibit 8]. The following is a table of examples of third party non-trademark uses of the designation "Social Savvy" in newspaper and magazine articles.

| No. | Usage | Source |
|-----|-------|--------|
| | | |
| 192. | Becky Sharp, the heroine of William Thackeray's novel Vanity Fair, is smart, well-dressed and **socially savvy** -- just like her sweetly subversive counterpart Elle Woods. | Northern Territory News (Australia) October 1, 2004 Friday |
| 193. | Bright, but not **socially savvy**, Cady enters as the outsider and attracts the attention of social outcasts Janis Ian (Lizzy Caplan), who is punkish, and Damian (Daniel Franzese), who is gay. | Statesman Journal (Salem, OR) September 23, 2004 Thursday |
| 194. | "Transmission," Hari Kunzru's second novel, is a fun and satisfying work that transcends its weaknesses. His main character, Arjun Mehta, is a nerdy engineer, brilliant with computer code but lacking any **social savvy**, particularly with women. In short, a stereotype. | Sacramento Bee July 25, 2004, Sunday |
| 195. | ... saying, "This year we're going to try and break you." Penelope already imagines herself breaking, "snapping in half like one of the Number 2 pencils in the front pouch of her backpack." She's growing away from her **socially savvy** best friend, Stacy, but knows that a best friend is crucial to survival. And her parents are too busy advancing their careers (and going out - just what is Penelope's mother up to with that handsome younger client?) to pay much ... | Publishers Weekly Reviews July 19, 2004 Monday |
| 196. | Though they are often used interchangeably, there is a difference between nerds and geeks. Nerds are more likely to be intellectually adept, absorbed particularly in math and the sciences, but aren't exactly **socially savvy** (think Steve Urkel). Geeks tend to be more into computers and science fiction, and have specific interests. There are comic book geeks, music geeks, film geeks, role-player geeks, computer geeks and many more. ... | Austin American-Statesman (Texas) July 15, 2004 Thursday |
| 197. | ... American Splendor." There's a reason both "Spider-Man" movies set box office records, and it's not just the special effects. Tobey Maguire's character, Peter Parker, is appealing because of his imperfections and lack of **social savvy**, things many people can relate to, even if they deny it. He is not invincible, suave or even able to hold down a | Austin American-Statesman (Texas) July 15, 2004 Thursday |

C\056681/0180480/1193293.6

| | job. His alter-ego may be a superhero, but Parker is just ... | |
|---|---|---|
| 198. | Heinz seemed right at home in South Beach, especially since he's often compared to JFK Jr., dated Gwyneth Paltrow and is an heir to the Heinz fortune. Nearly 200 politically active, **socially savvy** hipsters were in attendance. Although Heinz left early, the surrealistic night was capped off with a casting session for Fox's The Billionaire, a rip-off of The Apprentice where the winner will work for ... | The Miami Herald June 11, 2004 Friday |
| 199. | Nonetheless, the blend of sonic rudiments, melodic brawniness and **social savvy** -- honed to a killing edge by guitarist Brett Gurewitz, vocalist Greg Graffin and their fellows -- continues to inspire the punk nation, and The Empire Strikes First should only fuel the fire. | Denver Westword (Colorado) June 10, 2004 Thursday |
| 200. | acumen throughout the coming weeks is of obvious importance, but the way you present yourself at firm social functions is another significant factor in determining whether you are a "good fit" for the firm. Here are some **socially savvy** tips to help you network your way to an offer. | New Jersey Law Journal June 7, 2004 |
| 201. | invidious description "Robbins' sorority girls typically sniff, sashay, saunter, and flaunt. And Robbins cherry-picks anecdotes to argue something that would be damning if it weren't ridiculous: For the affluent, attractive, sexually comfortable, **socially savvy** women who live in sorority houses, life is an unremitting drag. As Robbins tells it, sorority women desperately try to have fun, but their efforts consistently misfire, leaving her with a bleak ... | Slate Magazine June 7, 2004, Monday |
| 202. | Jeremy Heere got his hands on a "squip" - a supercomputer in a pill he ingested that tells his brain how to be cool. (Envision your conscience having a **socially savvy** sidekick.) It's untested technology. In fact, it's illegal. But it's the latest underground craze. Everyone wants a squip. It's $600, if you have the cash. | Richmond Times Dispatch (Virginia) June 1, 2004 Tuesday City Edition |
| 203. | ... a high-end retail and hotel complex, neither of which materialized. Now the company is looking to sell 24 acres of prime waterfront property, as well as Fort Point-area office space. Jamie, the pair's **socially savvy** half, is vice president of the family firm, and now also vice chairman of the Dodgers. She sits on three committees at MIT, the board of advisers of her alma mater, Georgetown, and the headmaster's council at Milton Academy. ... | Boston Magazine May, 2004 |
| 204. | "Women are not necessarily looking at a man's income but whether he is committed, **socially savvy**, well-read, and open with his feelings," he said. "If a man goes to a date with a ragged shirt on, slouches in his chair, and only talks | The West Australian (Perth) April 24, 2004 Saturday |

25

| | about sport, he is throwing social grenades." | |
|---|---|---|
| 205. | A "cell" is a prized accessory for the technologically and **socially savvy** teenager. It also functions as a security measure for parents, who want instant communication with their children whether they're in class or at the mall. | Contra Costa Times (California) April 9, 2004 FridayCorrection Appended |
| 206. | **Socially savvy**, Nitty Gritty is bound to raise an uproar -- even an argument or two -- but at the end of the game you will know who your friends are | Townsville Bulletin/Townsville Sun (Australia) March 17, 2004 Wednesday |
| 207. | **Socially savvy** people are great communicators, which involves being a good listener. They forget about themselves and stay focused on what people are saying and constantly take note of facial expressions and body language that they use to determine the ... | Sunday Territorian (Australia) December 7, 2003 Sunday |
| 208. | ... arts coach to help him develop more comfort and confidence in his own skin. They gave him tips on approaching women for conversation. And then they cheered him on when he went on his first date as a confident and **socially savvy** guy. | Crain's Detroit Business December 1, 2003, Monday |
| 209. | ... cachet than Grotto, said Patricia Sharpe, food and restaurant editor at Texas Monthly, but both restaurants have been staples in Houston for years.<br><br>"They combine very good food in a sexy, **socially savvy** setting," she said. | The Houston Chronicle November 22, 2003, Saturday |
| 210. | Even the **socially savvy** can sweat over what to wear to a big party like this one, but relax, because it's not a formal affair. | Charlotte Observer (North Carolina) November 21, 2003 Friday |
| 211. | THERE is a wonderful moment in the movie A Beautiful Mind when the brilliant-but-not-terribly-**socially-savvy** mathematician John Nash approaches a woman in a bar.<br><br>"I don't know exactly what I'm required to say in order for you to have intercourse with me," he says. "But can we assume I have | The Dominion Post (Wellington, New Zealand) November 6, 2003, Thursday |
| 212. | Let's say a little one wants a truck his cousin is holding. He most likely doesn't have the **social savvy** to say, "May I please play with the truck when you're finished?" Most likely, he'll push his cousin and grab the truck out of his hand while saying, "Mine!" | The Seattle Times October 18, 2003, Saturday |
| 213. | On the show, a team of five fashionable, well-coiffed, **socially savvy** gay men, known as the "Fab Five," sets out to reform one style-impaired guy. | Crain's Detroit Business October 6, 2003, Monday |
| 214. | Friendster has been profiled, featured and flippantly | University Wire |

26

C056681/0180480/1193293.6

| | | |
|---|---|---|
| | promoted since its launch in March, 2003. It is fast becoming the new online addiction for the **socially savvy** computer freak. | October 6, 2003, Monday |
| 215. | VERDI: Well, you know what it is, like in the '80s alligator shoes, Rolex watches spoke of your status and your level of **social savvy** and now it's your electronics. Because people are kicking around in sneakers and khakis and very casual but when you whip out your PDA or your fancy phone, it says a lot about who you are. ... | THE BIZ August 28, 2003 Thursday |
| 216. | IEN: It takes political and **social savvy** to create challenging and emphatic illustrations. And our next guest has both of those things. Her work has graced magazines ranging from Time to Rolling Stone and the New Yorker. Now Washington is making her the first Canadian artist to be honoured with a ... | CTV Television, Inc. CANADA AM August 14, 2003, Thursday |
| 217. | Fogge is hard-pressed to re-engineer Showtime's marketing for its new brand of series --- a shift that had its first stirrings with "Queer as Folk" and "Soul Food," two **socially savvy** shows that bowed in 2000 and 2001, respectively. More such programming is now in the hands of Robert Greenblat, who was hired last month as Showtime's head of entertainment. | Daily Variety July 9, 2003 |
| 218. | But merging his wild side with the **social savvy** necessary to finesse major corporate clients may just be in his genes. The son of Henry Rogers, cofounder of Rogers & Cowan, the younger Rogers was raised with both a backroom view of high-profile PR, and | PR Week (US) June 23, 2003 |
| 219. | American director Jim Jarmusch ("Down By Law," "Dead Man"), who also knows how to make an understated movie, is a champion of Kaurismaki's minimalist style. However, Kaurismaki's humanist, **socially savvy** subject matter has a lot in common with the work of underrated American master John Sayles ("Sunshine State," "City of Hope"). | The Tallahassee Democrat June 20, 2003 Friday |
| 220. | A. There's a positive side to normal social pain that gets overlooked if we focus only on "trauma theory." Only through the social rough and tumble do kids learn to become **socially savvy** and politically skilled. | Milwaukee Journal Sentinel (Wisconsin) May 4, 2003 Sunday |
| 221. | A four-year-old manages to be **socially savvy** one day, and hit, kick, throw and use his bluest bathroom lingo the next. What is most memorable about this age is the never-ending questioning about everything, as in, "Why Mommy, why?" <br><br> So what about those time outs as ... | Calgary Herald (Alberta, Canada) April 23, 2003 Wednesday |
| 222. | While these kids may seem **socially savvy** and cool with commerce -- as this special often points out -- they are still kids; kids who sometimes feel they are caught in a sort of | The Vancouver Province (British Columbia) April 23, 2003 Wednesday |

C056681/0180480/1193293.6

| | | |
|---|---|---|
| | no-man's land. | |
| 223. | It's a job that requires manners and **social savvy.** Commander's is in the heart of the Garden District and a favorite playground of Garden District and Uptown society. | Times-Picayune (New Orleans, LA) April 8, 2003 Tuesday |
| 224. | Mix a splash of enthusiasm, two parts business and **social savvy,** and a liberal shot of entertainment. Shake well and garnish with a fresh theme. | The Stuart News/Port St. Lucie News (Stuart, FL) March 16, 2003, Sunday |
| 225. | Some of the women's hints were news to Darren DeMello of Escalon, a production manager for Amcor Manufacturing. His company sent him, along with a handful of co-workers, to a recent "Business/**Social Savvy**" class to learn to better relate to employees and customers. | Modesto Bee March 16, 2003, Sunday |
| 226. | Surely one of the best events each year (other than the Bill Brooks Prostate Cancer Benefit!) is the annual Glenbow Exposed fundraiser.<br><br>Those **socially savvy** souls who have attended this fab fundraiser in previous years recall themes as varied as Studio 54 and King Tut.<br><br>And this year's, entitled Fiesta Glenbow, paid tribute to the museum's special exhibition Viva | Calgary Sun (Alberta, Canada) February 16, 2003 |
| 227. | one-day seminar, "Outclass the Competition" Saturday, Feb. 8, from 9 a.m. until 4:30 p.m. at The Woodlands Resort and Inn in Summerville. This program is designed to help polish the individual in the **social savvy** skills that make a professional impression. Registration is limited. To enroll, call 207-1025 or email cgrosso@Charlestonschoolof protocol.com. | The Post and Courier (Charleston, SC) February 3, 2003 |
| 228. | ... Business School of Flirting targets corporate HR and training departments, and Rabin asserts that allowing harmless flirting can lead to higher income, teambuilding, and promotions because it equalizes people's business skills and gives you **social savvy.** Rabin gives talks at workplaces and conferences and is the author of the books How to Attract Anyone Anytime Anyplace, 101 Ways to Flirt, and Cyberflirt! | T [plus] D February 1, 2003 |
| 229. | "There is an even greater need today for executives to be **socially savvy,**" says Anne Oliver, founder of L'Ecole des Executifs, an Atlanta company that has provided business etiquette training since 1976.<br><br>"Those who don't talk down and who present themselves on the same ... | Calgary Herald (Alberta, Canada) December 22, 2002 Sunday Final Edition |
| 230. | He was a Renaissance man, whose breeding - not necessarily university degrees - infused him with a blend of | The Christian Science Monitor |

| | **social savvy** and hard-core street smarts. | August 20, 2002 |
|---|---|---|
| 231. | smooth talker, according to research reported in Nature Online journal. The gene isn't a language gene per se, but it may have been just the ticket for nudging our species from clever, **socially savvy** but inarticulate cave dwellers to the silver-tongued conversationalists we are today.<br><br>"I think this gene is what made humans articulate better," says Svatne Paabo of the Max Planck Institute of Evolutionary Anthropology in Leipzig, ... | Journal and Courier (Lafayette, IN) August 20, 2002 |
| 232. | Willingham stressed appearance, etiquette and **social savvy** during his tenure. May was education month, with workshops in resume writing, dressing for success, money management, job interviews and dinner-table etiquette. | San Jose Mercury News (California) August 14, 2002 Wednesday |
| 233. | It was part of Stayner's pervasive developmental disorder, Silva said: "You don't go to the FBI ... and ask for pornographic films. It just doesn't make sense from the perspective of someone **socially savvy**." | Fresno Bee (California) July 30, 2002, |
| 234. | He was a living legend - beloved for his design smarts and **social savvy**, both of which he possessed in equal measure. He was for decades a reigning guest of A-list parties, an in-demand dinner partner for his rich lady friends, who loved his wit, ... | The New York Post June 14, 2002, Friday |
| 235. | Older teens in ninth grade and above are offered "Polishing **Social Savvy**!" on June 14 at the Pepperoni Grill in Edmond or July 12 at the Aria Grill at the Westin in downtown Oklahoma City. | Daily Oklahoman (Oklahoma City, OK) May 27, 2002 |
| 236. | These girls are not learning to validate themselves with their intellect or **social savvy** or sense of humour. They are learning to judge their self-worth by evaluating how "good" they look in a tight-fitting shirt. | The Star Phoenix (Saskatoon, Saskatchewan) April 26, 2002 |
| 237. | official checklist, fewer people are in on the secret. The result is not, as the etiquette trashers would have us believe, that everyone feels liberated - merely that the self-assured can flaunt their individuality while the less confident and **socially savvy** are thrown to the wolves.<br><br>There was a time when you could turn to the glossy magazines for advice about all aspects of social etiquette. Mothers of the bride were rarely off the phone to Harpers & Queen and Tatler checking on appropriate | The Guardian (London) April 5, 2002 |
| 238. | Despite their limited experience, most of the guys I knew who became priests were very bright and **socially savvy**-- much like the knowing priest Bing Crosby played. And in those robust days the church had so many candidates to | Newsweek March 4, 2002, |

C056681/0180480/1193293.6

| | | |
|---|---|---|
| | choose from, they could afford to be selective. Today, many dioceses have no seminaries at all, and in | |
| 239. | Musically mature, **socially savvy** conductors have schedules booked three years out. They tend to be choosy about long commitments | The Indianapolis Star February 24, 2002 |
| 240. | But many children don't have the skills to know what it takes to be **socially savvy.** They might not read subtle cues (like body language), might not care about current fashions and might find it difficult to control their reactions to others' words and actions | Rochester Democrat and Chronicle January 17, 2002 |
| 241. | Here's part of the explanation. Kids who are targeted for teasing usually have poor social skills to begin with. It is because of their awkwardness, lack of **social savvy** and tendency to misinterpret social cues that set them apart from their peers in the first place. Their differences make them the targets of insults, but they lack the skills necessary to change the very behavior that sets them apart. They are easy to pick on and ... | Star-Gazette (Elmira, NY) September 5, 2001 |
| 242. | Don't spend all of your time studying. Joining extracurricular activities can help you improve your grades, become **socially savvy,** learn valuable skills and make new friends.<br><br>There are advantages and disadvantages to joining a fraternity or sorority. Only you can decide if membership is right for you. | The San Diego Union-Tribune August 18, 2001 |
| 243. | looks good: sports, arts, computers," Gladding says. "It's like being in a candy store and trying to choose."<br><br>"Parents want their children to succeed," Gladding says. "They want them to be intellectually bright, **socially savvy,** poised, polished, versatile and overall 'above average.'"<br><br>Many parents think that in order for their children to excel, they must be in as many activities as possible and be exemplary in each, he says. Although some | A Scribe Newswire July 19, 2001 Thursday |
| 244. | This is not the food she cooks for customers of Plantation, a **socially savvy** caterer popular in Newport's best circles. Plantation's party guests might dine upon crispy sesame shrimp, deviled baby lamb chops, lobster salad or filet | Providence Journal-Bulletin (Rhode Island) July 18, 2001, Wednesday |
| 245. | BY THIRD GRADE, GIFTED GIRLS begin to go underground. They tend to be **socially savvy** enough to notice that popularity depends on fitting in, and they often choose the path of least resistance--belonging, rather than becoming the women that they could be. | New Moon Network-For Adults Who Care About Girls May 2001 |

30

| | The quandaries only intensify in middle school. Many gifted girls ...<br><br>... a brilliant woman who's now a corporate lawyer, earned mediocre grades in high school, bur had a wonderful time socially. Some of those friendships have lasted more than 20 years. Her **social savvy** told her exactly how far she could go with the grades and still be accepted by her friends. Her own academic turnaround came in college, when she met a mentor who believed in her brilliance. Although my ... | |
|---|---|---|
| 246. | But what many of our children face is rude behavior on the part of our area restaurants. Young people, who are not as **socially savvy** as their parents, are made to wait up to an hour for a table they reserved weeks ahead and receive less than stellar service.<br><br>A plea to our area dining establishments: Whether you are the hostess, waitress, cook or fellow ... | Florida Today (Brevard County, FL)<br>April 20, 2001 Friday |
| 247. | Good parents help their children to get physically and mentally fit. They help their kids develop a sense of discipline and patience so they don't go off into destructive directions. Good parents develop **social-savvy** skills in their children. Good parenting means you don't smother kids, but you don't give them free rein either. | St. Petersburg Times<br>April 04, 2001 |
| 248. | cartoons of Atom Boy," a sort of robotic Mighty Mouse. At the Massachusetts Institute of Technology Media Lab, researcher Cynthia Breazeal sounds the same chords. For robots to be meaningful companions, "they must be **socially savvy**," says the 33-year-old researcher. So her creation, named Kismet, is learning to recognize human emotions -- and has a nimble face to express its own moods. "If the robot wasn't anthropomorphic, it wouldn't work," she ... | Business Week<br>March 19, 2001 |
| 249. | "We really tried to get a group of kids with different backgrounds and interests so that a lot of different kids could relate to at least one of them," Mr. Krueger said. "They're all very bright, very **socially savvy**, and they all had a real desire to help kids. " | The Augusta Chronicle (Georgia)<br>March 6, 2001 Tuesday |
| 250. | With more than half of American families affected by divorce, single parenting or other nontraditional situations, planning a wedding requires more **social savvy** in the new millennium | Wilmington Star-News<br>February 4, 2001 |
| 251. | And suddenly, you're apprehensive about your beyond-the-basics **social savvy** | Orlando Sentinel<br>February 2, 2001 |
| 252. | Wharton and James, but an "ordered and bordered" world dominated by men. A careful reading of the author's work, | The Virginian-Pilot (Norfolk, Va.) |

31

| | however, will find a variety of women, usually models of intelligence, feminine wiles, **social savvy** and perseverance that often outflank their male counterparts | January 14, 2001 Sunday |
|---|---|---|
| 253. | But, hey: We just suffered through the tenure of a superintendent who behaved as if he had picked up most of his political and **social savvy** selling pirated videocassettes in Bosnia. Is anybody in Dallas really going to complain a whole lot if Moses spends some time learning the political niceties? Dallas could probably use more people ... | Dallas Observer (Texas) December 28, 2000, Thursday |
| 254. | These lonely hearts have reason to worry. Though ostensibly a celebration, office parties are all business, career experts say. A worker's **social savvy** is as much a job skill as analyzing financial data or crunching programming code. And how and who you socialize with is all part of office politics. | The San Francisco Chronicle December 16, 2000 |
| 255. | For, what comes intuitively to most of use - the **social savvy** of reading facial expressions | The Times of India November 26, 2000 |
| 256. | don't know the rules you're thought of as someone who's not impressive," says Jacqueline Fraser, who runs the Manners etiquette school in London and poses the port-passing problem to assess her clients' **social savvy.** "You're constantly being judged, and if you're not impressive, you won't be put forward for the extras and for promotion." In today's multinational corporate environment, the potential for appearing unimpressive can lurk ... | Time Magazine October 16, 2000 |
| 257. | All this for a man vilified by many viewers as a brash, manipulative schemer but grudgingly admired by others for his **social savvy** and determination to win.

Hatch's debut on local radio, carried live over the Internet by Webcaster BroadcastAmerica, came as prosecutors in Rhode Island said they would not be pursuing second-degree child ... | The Halifax Daily News (Nova Scotia) August 31, 2000 |
| 258. | Social skill, including managing relationships and building networks, is the final characteristic of emotional intelligence. Golemen says those with **social savvy** are talented at compromise and building rapport. They also are good at spurring change, and are team players.

Godbey, a corporate manager/director for many years, saw first hand the impact emotional intelligence has | The Pantagraph (Bloomington, IL) July 15, 2000 |
| 259. | Cobb said she doesn't cater specifically to one demographic. Instead, she wants to work with all of the family. Working with children often requires a little **social savvy** as well as technical knowledge, and Cobb said she is comfortable working with the kids. | Northwest Arkansas Business Journal May 29, 2000 |

32

| 260. | To further prove her **social savvy**, Wendy chose to model her second choice - this Scott McClintock sparkler from Lord & Taylor - to ensure her grand entrance on prom night. | Palm Beach Post (Florida) April 18, 2000 |
|---|---|---|
| 261. | The past 100 years may have been dominated by men, but several women managed to make their own mark on the 20th century. With charm, wisdom and **social savvy,** they made their way in a man's world without apology, yet were the epitome of style and civility. Models of poise, dignity and ambition, they bucked the system. How? | St. Petersburg Times, March 26, 2000 |
| 262. | The Board of Trade, on the other hand, depends on a pit trader's **social savvy.** She likens it to a poker game, where traders learn how to read the other players and the feel of the market. | The New York Times, March 25, 2000 |
| 263. | I'm not sure about this, however, which is why I asked my class of very bright, **socially savvy** students at Westminster College to make a list of things we should be ashamed of if we catch ourselves doing them. | Deseret News (Salt Lake City) March 23, 2000, |
| 264. | ... PALM BEACH, Fla. (bankrate.com) -- A month-old Internet bank called http://www.x.com/ X.com has startled rivals with rapid growth driven by technological wizardry and **social savvy.**  "One of the things to X.com's credit is they're willing to spend money. | CBS MarketWatch January 11, 2000 |
| 265. | personalization can backfire. Moon found that consumers were less likely to buy products pitched to them through personalized messages if the messages were based on information they had not explicitly given to the marketer ("Is Your Web Site **Socially Savvy?**" Harvard Business Review May-June 1999.) On the other hand, they were more likely to buy when the message was personalized and based on information they had volunteered. | Marketing Management 1999 Fall |
| 266. | ... social functions and deals struck over lunch or dinner. A faux pas could mean disaster, said Williams. That's why the Williamses have been hired by some Fortune 500 companies to teach their executives a bit of **social savvy.**  Even some adults don't know the dining rules Mason is about impart to the third-graders. Using several students such as Aleka Woods as models, Mason has them make circles on each hand with their thumbs and ... | Florida Times-Union (Jacksonville, FL) November 18, 1999 |
| 267. | Social Savvy 101 For Nerds  BYLINE: Graeme Kemlo; Computer Daily News | Newsbytes July 27, 1999, Tuesday |

33

| | DATELINE: MELBOURNE, AUSTRALIA | |
|---|---|---|
| 268. | The seminars include a four-course tutorial luncheon because the dining table is where poise and **social savvy** count the most, Whitmore says. "The dining table has become an extension of the board room and corporations want men and women who know how to handle themselves in any situation." | Broward Daily Business Review<br>May 24, 1999 |
| 269. | In the early 1900s, no **socially savvy** adult would leave the house without the proper head adornment. It has been in only the past few decades that hats have changed from a fashion mandate to a fashion statement, which leaves the museum plenty of fodder ... | The Arizona Republic<br>May 23, 1999 Sunday |
| 270. | ... opened people's eyes, but I think it was really 'Clueless' that started it," Isabel Walcott, founder and president of the teen-attuned SmartGirl Internette Inc., said of the 1995 movie about a rich, **socially savvy** high schooler. "That was such a hit with teen girls, I think it opened people's eyes to the fact that if they could get teen-age girls especially to come to a movie, they could make a killing | Austin American-Statesman (Texas)<br>April 2, 1999, Friday |
| 271. | Ms. Levicki and Ms. Cunningham, a former sales associate for Neiman Marcus, used their social connections and their **social savvy** to get the suits and space they needed to open up for "business." | The Associated Press State & Local Wire<br>March 14, 1999, Sunday |
| 272. | ... 27th. Attached? Plan a bed date on the 24th, when randy Mars tweaks your lust. On the job: Brilliant Mercury polishes your workplace allure on the 4th.<br><br>COSMIC TIP: **Socially savvy** Jupiter makes meeting new friends easy all month long.<br><br>Cancer (JUNE 21-JULY 21)<br><br>BETWEEN THE LINES. Enigmatic Neptune makes appearances deceiving--don't be fooled. Solo? The 31st's ... | Cosmopolitan<br>March 1, 1999 |
| 273. | For all his charm, Mr. Brown, a Democrat who is one of only two or three mayors in the country with widespread name recognition, is in trouble. The man whose political clout and **social savvy** single-handedly put San Francisco back on the national political map is getting his worst approval ratings ever. Only 3 of every 10 voters surveyed in a recent poll by The ... | The New York Times, December 1, 1998 |
| 274. | firm, "we don't even ask the name of the charity; we just buy tables." Mr. Kravis, who heads the leverage-buyout firm Kohlberg Kravis Roberts & Company, and his wife, Marie-Josee, combine money and **social savvy** | The New York Times, November 18, 1998 |
| 275. | EIGHT POINTERS TO **SOCIAL SAVVY** | Fort Worth Star-Telegram |

34

| | | |
|---|---|---|
| | Whatever your stance on popularity, here is the lowdown from Camy Baker, author of How to Be Popular in the Sixth Grade and Class Acts readers on the art of making friends: | (Texas)<br>September 1, 1998, |
| 276. | All of that said, there are times--rare, mind you--when interrupting can be a sign of **social savvy.** In truth, a by-your-leave even from those supplying the thought we've momentarily lost could couth things up considerably. Or what about graciously helping extricate a foot from a mouth--or a ... | Town & Country Monthly<br>August, 1998 |
| 277. | The most **socially savvy** of the lot have parlayed their popularity into sidelines as party hosts in their own right. Art Luna, a high-octane hairstylist in West Hollywood, arranges frequent dinners for 10 or 12, for ... | The New York Times<br>June 14, 1998 |
| 278. | In fact, the **socially savvy** Simpsons clan goes back a lot further than that. Matt Groening created them as the central characters in an unpublished novel, Mean Kids, he wrote in high school. | The Vancouver Sun<br>June 13, 1998 |
| 279. | The Body Shop, always a **socially savvy** store, takes its chain of lotion and potion outlets a step further | Tampa Tribune (Florida)<br>May 20, 1998, Wednesda |
| 280. | However, given today's global economy, a **socially savvy** mate is actually more essential than ever, according to Mike Loewe, head of Relocation Partners in Troy, Mich. | Chicago Tribune,<br>December 14, 1997 |
| 281. | **SOCIAL SAVVY** - The host or hostess should greet and introduce guests. Be polite and talk with everyone for a few minutes - even the deadhead cousin you were forced to invite. Resist the urge to spend the whole time with your girlfriend or boyfriend.<br><br>Look out for bum vibes. If two friends have started an argument, try to resolve the problem. If someone spills red punch on the expensive sofa, walk over with a cloth and soda water and ask to help. If you see someone smoking, ask the person to stop or leave, depending on your parents' rules. | Fort Worth Star-Telegram<br>(Texas)<br>October 21, 1997 |
| 282. | **Social savvy** is crucial at business events and meetings, yet research shows most people experience anxiety at the thought of facing new situations and new people. Once you master the fundamental skills of prior planning and the | San Diego Business<br>Journal<br>September 29, 1997 |
| 283. | hover on the sidelines, or retreat to your room instead of socializing. A conference is a place to connect with many people during meetings, break-out sessions, meals, and social gatherings. In fact, **social savvy** is crucial at business events. Yet, many people become anxious at the thought of facing new situations and new people. But once you master | Training & Development<br>July, 1997 |

| | | |
|---|---|---|
| | the fundamental skills of prior planning and the art of polite, .... | |
| 284. | BROKAW: More than 350 people have been put to death in this country since the Supreme Court reinstated the death penalty in 1976.<br><br>When we come back, another story altogether. Does your daughter seem to be more **socially savvy** than your son? Well, it turns out it could be in the genes.<br><br>Later, the new millionaires. They've made it big, so why are they still living so modestly? | NBC News Transcripts June 11, 1997 |
| 285. | thinks we're in disarray, losing key people and unable to handle their needs. Don't laugh, such impulsive comments are slung around all the time. And the person involved never even realizes the problem their lack of **social savvy** has caused. | VARBusiness March 1, 1997 |
| 286. | Dara Dickson believes that there's more to getting by than just having an education. Those who lack poise and **social savvy,** she says, run the risk of losing business. | Fort Worth Star-Telegram (Texas) February 17, 1997 |
| 287. | HEADLINE: Building **social savvy;** Group fills boys in on fine points of interaction | The Atlanta Journal and Constitution May 30, 1996 |
| 288. | a twist of fate, Cody found himself at the Dallas Cotillion on Monday, one of about 500 boys and girls enrolled in seven-week courses on good graces, etiquette and **social savvy.**<br><br>Besides dancing, there are table manners, the bow and the curtsy and the increasingly obscure art of "silverware literacy," said Jon D. Williams, founder of the Jon D. Williams Cotillions. | THE DALLAS MORNING NEWS, January 10, 1996 |
| 289. | ... etiquette, is considered by some to be a "soft" communication skill that does not need to be focused upon in business students' training. Prevalent attitudes are either "They know how to behave" or "They'll pick up **social savvy** on the job." The reality may be that because business students are graduating with less effective business social skills each year, more of them will continue to make social gaffes on the job. | 1995 Association for Business Communication Business Communication Quarterly<br><br>December, 1995 |
| 290. | Using **social savvy.** "It's great to relax and have fun, but be much more careful than you might be with other friends. Remember that whatever you say or do may be back in the office before long," says Denka, who also advises avoiding the ... | Charlotte Observer (North Carolina) July 10, 1995 |
| 291. | **Social Savvy.** "Social situations with co-workers, whether | PR Newswire |

| | | |
|---|---|---|
| | at lunch, after work, or on weekends, can be tricky. It's great to relax and have fun, but be much more careful than you might be with other friends. Remember that whatever you ... | June 28, 1995 |
| 292. | It is a well-known tall tale, taken from truth. A good-looking, slick, bright psychopath insinuates himself on some rich people, beguiles them with his repartee, **social savvy** and celebrity connections -- the son of Sidney Poitier is who he claims to be -- and he can cook, too | The New York Times, November 21, 1993 |
| 293. | down, Billie could bring the wrong kind of attention to bear on their shady dealings with a handful of senators. So Harry, who's no genius himself, decides to hire Paul (Don Johnson), a **socially savvy** political writer, to show her the ropes and keep her out of trouble. Naturally, Harry gets more than his money's worth, and Billie gets more than mere book learnin'. What the audience gets is charmingly old-fashioned, but ... | Buffalo News (New York) November 19, 1993 |
| 294. | ceremonies, NBC "Today Show" co-host Bryant Gumbel, made a similar admission to the audience. He was just okay academically. But both Bradley and Gumbel turned out to be quite well-rounded, **socially savvy** and extremely well-paid television newsmen | The Washington Post, May 23, 1993 |
| 295. | skills, encourage her to take up a sport. If she has difficulty with team sports, she may do well at such others as skiing, swimming, golf or martial arts, suggests Dr. Peters. Don't fret about her lack of **social savvy.** Her self-esteem will survive as long as she has one well-honed skill and one loyal friend | Maclean Hunter Ltd. (Canada) Chatelaine

May, 1993 |
| 296. | about her friendships. Try to maintain a positive connection with your sister so that she can talk with you about her relationships and experiences in the future. You will help your sister to grow in wisdom, strength and **social savvy** by being open and honest about your views while allowing her to have the "breathing room" to make her own choices and decisions | The Post-Standard (Syracuse, NY) April 24, 1993 |
| 297. | This season, the **socially savvy** "Northern Exposure" TV series introduced a new character named Mike Monroe, who is allergic to everything unnatural | Sun-Sentinel (Fort Lauderdale, FL) January 29, 1993 |
| 298. | Only the Redskins can make a town of people who're so "sophisticated' and "worldly' put on costumes and hog snouts," one fan told the Washington Post. Such claims to **social savvy** and privileged experience make lack of respect for indigenous traditions even more offensive and hypocritical. If Washingtonians are so "worldly," they should know better. | St. Petersburg Times, January 28, 1992 |

37

| 299. | On the subject of **social savvy** in regards to artists' careers, Bleckner says: "At a certain point I realized I wanted to be an important artist, and if you want to be an important artist you don't move to Des Moines. You ... | Los Angeles Times, December 8, 1991 |
| 300. | Much of the **social savvy** youngsters bring with them to the playground results from how they are treated at home, psychologists believe. For example, parents who are strict and punitive tend to have children who are too aggressive; those who talk to their children about emotions | The New York Times, October 2, 1990 |
| 301. | polite silence, which made clear that by not mentioning something less well known I had just branded myself a hopeless neophyte. As usual in my case, candor had drowned out **social savvy**. "It bloomed magnificently for a very long time," I added, with a note of insistence. No one even bothered to take up the attack. | The Boston Globe April 21, 1989 |
| 302. | "In deciding what to put on your desk, there are, on the one hand, objects that communicate status by letting everyone know you have **social savvy**, taste and sophistication," says Mihaly Csikszentmihalyi, a psychologist at the University of Chicago. "And then, on the other, there are the things with special meaning for you that create the sense of a cozy environment, that give you moral support | The New York Times, September 13, 1987 |
| 303. | In a generation, aged between 20 and 40, raised on fast food, television and computers, whose members do not feel totally comfortable in the business world. Letitia Baldrige aims to improve their **social savvy** and put them at ease. | Financial Times (London), May 27, 1987 |
| 304. | get the last laugh after all. The world's largest food-service company (1986 profits of $480 million on sales of $12.4 billion) is showing that it can be far more aggressive, imaginative and **socially savvy** than almost anyone has given it credit for. McDonald's is now trimming the fat and shaking the salt from its food, installing sleek outlets in U.S. airports and hospitals, taking its burgers to such far-flung locales as ... | Time Magazine April 13, 1987 |
| 305. | discovering quaint not-in-your-average- tour-book bistros along the way. Now you want to pamper yourself at sea with a luxury cruise. Here are a few tips on shipboard **social savvy.** | Chicago Tribune, January 21, 1987 |
| 306. | **SOCIAL SAVVY** Daycare provides a ready-made opportunity for forming friendships. And a variety of personalities--kids' and caregivers'--means that children learn to get along with different types of people over the course of a day. | Parenting, Fall 2000 |

38

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of
perjury that the foregoing statements are true and correct.**

By: _Todd J. Braverman_

Todd J. Braverman, Esq.

Dated: _11/22/2004_

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was
served upon the attorney of record for each party by mail/by hand.

Date: 11-23-04

39