UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ, <br><br> Plaintiff, <br><br> v. <br><br> JODI R.R. SMITH, and <br> BARNES & NOBLE INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 04-11385-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1, the plaintiff, Judith Ré, hereby moves to enlarge the page limit to 30 pages for her Opposition to the Defendants' Motion for Summary Judgment. As grounds for this motion, Ms. Ré states that the Court previously allowed Defendants' Motion to enlarge the page limit for their Memorandum in Support of Defendants' Motion for Summary Judgment. Defendants' thereafter filed a 30-page brief. Ms. Ré requires the same number of pages to respond to the multiple bases on which Defendants seek summary judgment. Moreover, when Defendants requested permission to enlarge their page limit, they represented to the Court that they would not object to Ms. Ré seeking the same enlargement. Accordingly, Ms. Ré respectfully requests that the Court enlarge the page limit to 30 pages for her Opposition to Defendants' Motion for Summary Judgment.

JUDITH RÉ,

By her attorneys,

/s/ Daniel A. Curto
Edward P. Leibensperger (BBO #292620)
Daniel A. Curto (BBO #639883)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
(617) 535-4177

Dated: December 10, 2004

BST99 1437839-1 071236 0011

## RULE 7.1 CERTIFICATION

Undersigned counsel for Judith Re certifies that plaintiff's counsel has conferred with counsel for the defendants and defense counsel has assented to the relief requested in this motion.

/s/ Daniel A. Curto

BST99 1436086-1 068723 0011