UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 12-13-04
By _____
Deputy Clerk

---

JUDITH RÉ, )
            Plaintiff, )
)
v. )   Civil No. 04-11385-RGS
)
JODI R.R. SMITH, and )
BARNES & NOBLE INC. )
            Defendants. )

---

### AFFIDAVIT OF JUDITH RÉ MORGAN

I, Judith Ré Morgan, do hereby swear and depose as follows:

1.     I am an etiquette consultant residing in the Fairfield, Connecticut area.

2.     Attached as Exhibit A is a true and accurate compilation of print media references to my etiquette instruction work under the SOCIAL SAVVY® brand name.

3.     I have personally been interviewed about my SOCIAL SAVVY® brand of etiquette instruction on CNN, the Today Show, Good Morning America, American Journal, the Joan Rivers Show, the Montel Williams Show, The View, The Travel Channel, BBC and BBC Radio.

4.     Over the years, my clients have included, among others, a former United States diplomat to the Vatican, the Four Seasons Hotels & Resorts in Chicago, Seattle and San Francisco, the Century Plaza Hotel in Los Angeles, the Palace Hotel in New York, the Ritz-Carltons in Boston, New York, Cleveland and Washington D.C., Hilton Hotel in Short Hills, N.J. and the Hyatt in Greenwich, CT, and businesses and groups like Astra Pharmaceuticals, Liberty Mutual, Harcourt General and the Japanese Travel Bureau.

5.  My national media exposure has significantly enhanced my goodwill and reputation in the etiquette instruction industry.

6.  I first learned of the book Social Savvy for the 90's from defendants after the commencement of this litigation. The book is apparently self-published and is not widely distributed. I have never seen a copy of this book and have no idea of its purpose, subject or content.

Signed under the pains and penalties of perjury this thirteenth day of December, 2004.

_____
Ms. Judith Ré Morgan

## Judith Ré Print Media Compilation

1) Ackerman, Jerry. "Miss Manners on Wall St.: Consultants are helping companies learn the importance of etiquette." The Boston Globe 2 Dec. 1998: C1.

2) Anderson, Adrienne Wigdortz. "A Noteworthy Lesson; Thank-You Letters." Los Angeles Times 13 Dec. 1995: E3.

3) "And Here's Advice for Good Guests." The Record [Kitchener-Waterloo, Ontario] 24 Nov. 1993: D1.

4) Anton Community Newspapers. Rev. of Social Savvy, by Judith Ré. Anton Community Newspapers 7 Sept. 1992.

5) "Ask the Globe." The Boston Globe 12 Apr. 1999: C10.

6) Bartley, Nancy. "Before Selling Home, Couple Wants to Find Murals Artist." The Seattle Times 29 Sep. 1991: L2.

7) Bartley, Nancy. "Seen, Heard, Said – About Town." The Seattle Times 17 Sep. 1990: B2.

8) Beam, Alex. "Enfants not-so-terribles." Forbes 13 Mar. 1995: 93.

9) Beam, Christopher. "My Day with Ms. Judith." Forbes 13 Mar. 1995: 96.

10) Bell, Ian. "How to eat artichoke hearts and pass the port with class; Some Are to The Manners Born While the Rest of Us Toil to Keep a Few Social Rules." Scotland on Sunday 29 Jun. 1997: 5.

11) Bilotta, John et. al. "Increasingly, nonsmokers do mind if you smoke." St. Petersburg Times [Florida] 3 May, 1987: 2F.

12) Bisbee, Dana. "I know the pedigree of every person here…and other tales from 75 years of the Ritz-Carlton, Boston." The Boston Herald 7 Oct. 2002: 30.

13) "Book Gives Teens Social Savvy." The Record [Kitchener-Waterloo, Ontario] 30 Sep. 1992: 1E.

14) "Book Helps Teens Build Confidence." Hamilton Spectator [Ontario, Canada] 1 Oct. 1992: D2.

15) Brown, Jessamy. "Facing the consequences of lying; Why is it important to tell the truth?" Fort Worth Star-Telegram [Texas] 25 Aug. 1998: 8.

BST99 1437107-1.071236.0011

16) Brown, Jessamy. "Summer Lovin'; The Ups & Downs of a Summer Relationship." Fort Worth Star-Telegram [Texas] 27 Apr. 1999: 3.

17) "Calendar: Dining In, Dining Out." The New York Times 28 Jul. 1999: F2.

18) Carpenter, Richard P. "Wow! What amazing products!; Travel Tidbits." The Boston Globe 12 Oct. 1997: M4.

19) Cherney, Elena. "Learning Class – From Classy Hotels." The Wall Street Journal 20 Nov. 2000.

20) "Children's Books; Bookshelf." Rev. of Social Savvy, by Judith Ré. The New York Times 1 Sept. 1992: 23.

21) Chipkin, Harvey. "Professionals with a full plate study social savvy." USA Today 24 September 1999: 6D.

22) Cirillo, Joan. "Book offers etiquette tips for teen-agers." Los Angeles Times 14 Nov. 1991: E6.

23) Cirillo, Joan. "Etiquette Expert Points the way to 'Social Savvy' for Teen-Agers." Los Angeles Times 11 Dec. 1992: 60.

24) Cirillo, Joan. "How to Avoid those Miserable Moments." The Associated Press 1 Nov. 1991.

25) Cirillo, Joan. "Teaching Teens How to Avoid those 'Miserable Moments'." The Associated Press 1 Nov. 1991.

26) Cirillo, Joan. "What a mess: You've mastered the Big Mac menu. Now, are your manners good enough for restaurants with real silverware?" Chicago Tribune 11 Dec. 1991: 32.

27) Cole, Gloria. "Tactics for a Perfect Tea." Connecticut Post 8 Sept. 1999: B1.

28) Curcio, Frank. "Lifestyle: Restaurants." Courier News [Bridgewater] 4 Mar. 2001: D1.

29) DeGarmo, Kelly and Jessamy Brown. "Facing the consequences of Lying; Why is it important to tell the truth? Fort Worth Star-Telegram [Texas] 25 Aug. 1998: 7.

30) DeGarmo, Kelly. "Breaking Up is Painful but It'll Help You Grow." Charlotte Observer [North Carolina] 1 Feb. 1998: 2E.

31) DeGarmo, Kelly. "Dating Manners." The Vancouver Sun [British Columbia] 1 Apr. 1992: C7.

BST99 1437107-1.071236.0011

32) DeGarmo, Kelly. "Finding the Right Match." Fort Worth Star-Telegram [Texas] 4 Jun. 1996: 8.

33) DeGarmo, Kelly. "Flirting or Friendly: Are the two the same?" Fort Worth Star-Telegram [Texas] 2 Sep. 1997: 3.

34) DeGarmo, Kelly. "Heart Throb Hunt; Catching "his" or "her" attention." Fort Worth Star-Telegram [Texas] 22 Sep. 1998: 8.

35) DeGarmo, Kelly. "Meeting the Folks." The Gazette [Montreal, Quebec] 22 Mar. 1992: F6.

36) DeGarmo, Kelly. "Modern Manners; Do's and Don'ts." Fort Worth Star-Telegram [Texas] 23 Sep. 1997: 8.

37) DeGarmo, Kelly. "The Painful Lesson of Breaking Up." Fort Worth Star-Telegram [Texas] 6 Jan. 1998: 10.

38) DeGarmo, Kelly. "When Three's Not Company." Fort Worth Star-Telegram [Texas] 19 Nov. 1996: 3.

39) DeNitto, Emily. "Business Gets Less Boorish." Crain's New York Business 31 May – 6 June 1999: n/p.

40) DeWitt, Barbara. "Book learnin'." Woodland Hills Daily News [Los Angeles-Long Beach, CA] 6 Aug. 1991: 3.

41) "Eight Day Week." New York Observer 14 Oct. – 20 Oct. 2004: 25.

42) "Etiquette Expert and Author Judith Ré Teams Up With Sprint PCS To Support Wireless Phone Courtesy During National Etiquette Week-May 8-12." PR Newswire 4 May 2000.

43) "Etiquette expert helps teens avoid 'miserable moments'." The Toronto Star 7 Dec. 1991: G14.

44) "Etiquette is Lost on a Generation of Teens." Los Angeles Times 21 Jan. 2000: 3.

45) Flaherty, Julie. "The right power lunch manners: Business etiquette class focuses on the proper procedures; leave those cell phones behind." New York Times 18 Feb. 1999: F6.

46) Flaherty, Julie. "Finding Your Manners; A Lost Generation of Executives Needs Help at the Business Table." The New York Times 13 Feb. 1999: C1.

47) Freih, Loubna. "Etiquette 101: A Lesson in Social Graces." Newsday [New York] 23 Jan. 1994: 11.

BST99 1437107-1.071236.0011

48) Geracimos, Ann. "The need for niceties in the '90s." The Washington Times 28 Sep. 1992: D2.

49) Graham, S. Keith. "Helping Your Kids." The Atlanta Journal and Constitution 29 Dec. 1991.

50) Hack, Marjorie. "Finding your way with words." Staten Island Advance [New York] 29 Jan. 1995.

51) Hack, Marjorie. "Mind Over Manners." Staten Island Advance [New York] 31 Jan. 1995: B1.

52) Hack, Marjorie. "Season's Greeting Cards." Staten Island Advance [New York] 8 Dec. 1994: D1.

53) Harrington, Gail. "Charm School for Lawyers." New York Lawyer Mar. 2001.

54) Hatfield, Julie. "From crayons to lipstick; As girls become women, makeup often marks a controversial rite of passage." The Boston Globe 9 Mar. 1993: 59.

55) Hellmich, Nanci. "Helping young adults master manners." USA Today 3 Sep. 1992: D4.

56) Hellmich, Nanci. "Whining and Dining: Travails of eating out with the kids." USA Today 11 September 1992: 1D.

57) Henry, Fran. "A cool cat of courtesy suits kids to a tea." The Plain Dealer [Ohio] 1 Dec. 1991: n/p.

58) "Here & There." Fort Worth Star-Telegram [Texas] 26 Oct. 1997: 8.

59) Herrmann, Michele. "Expert Teaches Social Graces to Children." Fairfield Citizen News 13 September 2000: 19.

60) Hotel Fun 4 Kids. 2000. "A Day of Social Savvy is a tradition at The Ritz-Carlton, Boston." Hotel and Leisure Living Services Ltd. 5 Mar. 2004 <http://www.hotelfun4kids.com/travelnews/resorts-hotes/ritzboston.htm>.

61) Houle, Barbara M. "Manners 101; A refresher on the rules of etiquette." Telegram & Gazette [Massachusetts] 5 Nov. 1997: C1.

62) Hughes, Janice. "Helping Teens Avoid Life's More Embarrassing Moments." The Associated Press 25 Sep. 1992: BC.

63) "In a Manner of Speaking, Etiquette can Smooth the Way to Greater Profits." Comp. George Newman. Ed. Patrick Totty. The Newsletter Group, Inc. n/d.: n/p.

64) Jacobs, Sally. "Children get mannerly lesson." The Boston Globe 10 Jun. 1990: 80

65) "Juvenile Deportment." Ed. Susan Zesiger. Sept. 1989: 32.

66) Kakascik, Karen. "Times Change, but Rules for Dance Dates Don't." Columbus Dispatch [Ohio] 30 Sep. 1992: 1E.

67) Kelly, Marguerite. "Family Almanac: A Needy Teenager." The Washington Post 4 Mar. 1998: D06.

68) Kelly, Marguerite. "Family Almanac: No Prom Date & Other Problems." The Washington Post 31 May 2000: C04.

69) "Kid Stuff; Developing Teens' 'Social Savvy'." Los Angeles Times 16 Nov. 1992: D2.

70) Koury, Cynthia. "Learning Social Etiquette is Cool for Kids." Sunday Telegram [Massachusetts] 25 Jan. 1998: A1.

71) Levinson, Arlene. "Children Learn to Mind Peas, Cues, Knives, Forks and Elbows in Hotel Weekend." The Associated Press 11 Apr. 1987.

72) MacKinnon, Dorothy. "Exerting Mind Over Manners." The Washington Post 16 Dec. 1988: N73.

73) Martin, Susan. "Guides to social survival: Serious solutions for teens, and Southern silliness." Buffalo New York News 9 Aug. 1991: B7.

74) McDonough, Siobhan. "Surviving Teenhood with Social Savvy." The Washington Times 20 Sep. 1991: E2.

75) "The Method Acting School." The Boston Globe 11 Aug. 1991: 93.

76) "Mind your manners." Successful Meetings Mar. 1997: 125-127.

77) "Mind your manners." Successful Meetings Jan. 1997: 93-94.

78) "Miss Manners is Back." Business Traveler Sept. 1999: 13.

79) Morago, Greg. "Manners: "Emily Post-Modern; A thank you note? A hug for Aunt Gracie? Respect for adults? Etiquette is lost on a generation of teens." The Hartford Courant [Hartford, CT] 19 Jan. 2000: D1.

80) Morago, Greg. "Good Morning." The Hartford Courant [Hartford, CT] 1 March 2001: D1.

81) Morago, Greg. "Good Morning!; Now Didn't that Make You Feel Good?" The Hartford Courant [Hartford, CT] 15 Mar. 2001: D1.

BST99 1437107-1.071236.0011

82) Morago, Greg. "Rude Dudes: Today's Teens Don't Seem to Have a Clue About Etiquette and Parents are Getting a Bad Rap Too." Newsday [New York] 26 Feb. 2000: B01.

83) Morago, Greg. "Rules of etiquette have been lost on a generation of teens." Hamilton Spectator [Ontario, Canada] 18 March 2000: L06.

84) Morago, Greg. "Seasonal Strain." The Hartford Courant [Hartford, CT] 17 Nov. 2002: H1.

85) Morago, Greg. "Seems Most Have Said Bye to "Good Morning"; Common Courtesies are No Longer the Norm as Informality Becomes the Rule." Contra Costa Times [California] 7 Apr. 2001: D01.

86) Morago, Greg. "Spoiled rotten: The Generation weaned on Jerry Springer and the Internet is badly in need of etiquette lessons." The Hartford Courant 21 Feb. 2000.

87) Morago, Greg. "Teens and manners no longer mix: A younger generation as epitomized by Britney Spears seems to have lost touch with the politeness basics." The Vancouver Sun [British Columbia] 21 Jan. 2000.

88) Morago, Greg. "Where are your manners?: Etiquette experts bemoan youths' lack of social graces." Edmonton Journal [Alberta, Canada] 21 Jan. 2000: C2.

89) "New York, New York." Crain's New York Business 31 May 1999: 6.

90) Oyster Bay Enterprise-Pilot. Rev. of Social Savvy, by Judith Ré. Oyster Bay Enterprise-Pilot [Oyster Bay, NY] 10 Sept. 1992.

91) "Party Hosts: Place the emphasis on guests – not fussing in the kitchen." The Ottawa Citizen 29 Nov. 1993: B3.

92) Rem, Kathryn. "Messy, Messy, Messy." The State Journal-Register [Springfield, IL] 24 Apr. 1996: 9.

93) Robinson, John. "Of napkins, silverware – and success." The Boston Globe 6 Aug. 1992: 81.

94) Sandstrom, Karen. "If It's a Question of Giving…" Plain Dealer [Cleveland, Ohio] 22 Nov. 1992: 1H.

95) "Saving Time." Sonya Live. CNN. 1 Jan. 1993.

96) Scheinin, Richard. "The ABCs of P's and Q's." San Jose Mercury News [San Jose, CA] 25 Oct. 1991: C1.

97) Schneider, Meg F. "The Art of Conversation." The Post-Standard [Syracuse, NY] 17 Oct. 1991.

BST99 1437107-1.071236.0011

98) Schneider, Meg F. "The Buddy System." The Post-Standard [Syracuse, NY] 24 Oct. 1991.

99) Schneider, Meg F. "Miserable Moments – And How to Handle them." The Post-Standard [Syracuse, NY] 17 Oct. 1991.

100) Schneider, Meg F. "Money Matters." The Post-Standard [Syracuse, NY] 7 Nov. 1991.

101) Schneider, Meg F. "Party Confidence." The Post-Standard [Syracuse, NY] 31 Oct. 1991.

102) Schneider, Meg F. "Savvy Advice for Sticky Situations." The Post-Standard [Syracuse, NY] 14 Nov. 1991.

103) Sedgwick, John. "Sara at the Ritz." Yankee Jan. 1993: 60.

104) Sherman, Beth. "Coping: Party guests: have the courtesy to promptly RSVP to an invitation." The Ottawa Citizen 29 Nov. 1993: B3.

105) Sherman, Beth. "Don't Just Sit There, Be a Good Guest at Holiday Get-Togethers." St. Louis Post-Dispatch [Missouri] 16 Dec. 1993: 20.

106) Sherman, Beth. "Good Guests Earn 'You're Welcome'." Pittsburgh Post-Gazette [Pennsylvania] 29 Dec. 1993: 3.

107) Sherman, Beth. "How to be a Good Guest." Newsday [New York] 18 Nov. 1993: 87.

108) Sherman, Beth. "Practical View: How to be a Party-Perfect Guest; Follow a Few Simple Rules: Always RSVP, Be Charming – And Know When to Leave." Los Angeles Times 23 Dec. 1993: 5.

109) Skenazy, Lenore. "On the Menu: Savoir Fare." Daily News [New York] 27 June 1999: 13.

110) Skruck, Kara. "Answer the need to teach telephone etiquette." The Vancouver Sun [British Columbia] 15 Jan. 1993: C10.

111) Skruck, Kara. "Good phone manners should get early start." Calgary Herald [Alberta, Canada] 2 Jan. 1993: D10.

112) Simon & Schuster Spring/Summer 1991: 71.

113) Smith, Ethan. "Emily Postmodern." New York 3 Apr. 2000: 15.

114) Smith, Jodi R.R. "Reading Room – Books." Mannersmith. Mannersmith Etiquette Consulting. 3 May 2004 <http://www.mannersmith.com/rr/>.

BST99 1437107-1.071236.0011

115) "Socially Savvy Scouts." The Westborough News 20 June 1997: 12.

116) Steese, Ellen. "Minding Their Manners." Christian Science Monitor [Boston, MA] 16 Dec. 1986: 33.

117) Steger, Pat. "What's in a Box? Plenty of Patrons Will Find Out." The San Francisco Chronicle 9 Sep. 1992: D4.

118) "Test Your Party Etiquette." The Vancouver Sun [British Columbia] 14 Jan. 1992: C7.

119) Washington, Julie E. "Prime Prom Dinner Tips; Meal can Kick Off a Great Date." Plain Dealer [Cleveland, Ohio] 2 May. 1994: 1E.

120) Weingarten, Tara. "Family Missed Manners." Newsweek 11 Oct. 2004: 57.

121) "What to do? Ask Ms. Judith." Forbes 13 Mar. 1995: 96.

122) Wild, Russell. "Disaster Relief." Mba Jungle February 2001: 66-68.

123) Winerip, Michael. "Lunch Lesson: Heading Off Social Gaffes." The New York Times 21 June 1992: n/p.

124) Witchel, Alex. "Children On the Side, Baby Sitters On the Menu." New York Times 2 June 2004: F1.

125) Witchel, Alex. "Tea and Conversation 101." The New York Times 23 November 1997: Section 9.