UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 12/13/04
By _____
Deputy Clerk

|  |  |
|---|---|
| JUDITH RÉ, )<br>                    Plaintiff, )<br> )<br>v. )<br> )<br>JODI R.R. SMITH, and )<br>BARNES & NOBLE INC. )<br>                    Defendants. ) | Civil No. 04-11385-RGS |

**AFFIDAVIT OF CARON LEBRUN**

I, CARON LEBRUN, state the following on my own personal knowledge:

1. I am familiar with Judith Ré and her SOCIAL SAVVY® brand of etiquette instruction. Since 1998 I have worked directly with Ms. Ré as the Director of Public Relations for The Ritz-Carlton Hotels of Boston.

2. Since 1998 I have been the Director of Public Relations for The Ritz-Carlton, Hotels in Boston. When I started in 1998 there was one Ritz-Carlton hotel in Boston. In 2001, we opened The Ritz-Carlton, Boston Common Hotel. I am now the Area Director of Public Relations for both Boston hotels.

3. Since 1987, Ms. Ré has regularly hosted her "Day of SOCIAL SAVVY®" etiquette instruction program at The Ritz-Carlton, Boston. Ms. Ré's SOCIAL SAVVY® etiquette program is aimed mainly at teenagers and adolescents. Over the years the annual frequency of Ms. Ré's programs has varied. Currently, she hosts her "Day of SOCIAL SAVVY®" etiquette instruction program about 6 times a year.

4. Since 1987 when The Ritz-Carlton, Boston agreed to host Ms. Ré's "Day of SOCIAL SAVVY®" etiquette program we have regularly sent mailings to our guests and people

on our mailing list advertising Ms. Ré's SOCIAL SAVVY® program. Currently, we send out a mailing about four times a year that includes a description of Ms. Ré's program.

5. Ms. Ré's "Day of SOCIAL SAVVY®" etiquette program at The Ritz-Carlton, Boston has garnered media exposure for her and the Hotel. The Travel Channel, in fact, taped a 20 minute special on Ms. Ré's program that it still airs twice a year.

6. I am familiar with the registration process for Ms. Ré's SOCIAL SAVVY® etiquette instruction classes. I am aware that often when people called to register for Ms. Ré's class they did so by referring to it as the SOCIAL SAVVY® etiquette class. Registrants frequently knew of the class under its SOCIAL SAVVY® trade name and asked to take the class with the SOCIAL SAVVY® woman.

7. Throughout my 20 years in the luxury hotel industry I have become familiar with other etiquette instruction programs and courses. I am also aware of etiquette programs that other hotels sponsor. I am unfamiliar with any other etiquette instructor who used the words SOCIAL SAVVY® to describe their etiquette instruction or to describe their services. Rather, my experience is that Ms Ré's niche in the etiquette industry is her SOCIAL SAVVY® brand. SOCIAL SAVVY® in the etiquette industry means Ms. Ré.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS /3 DAY OF December, 2004.

_____
Caron LeBrun

BST99 1437782-1.071236.0011