UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JUDITH RE

    V.                                        CIVIL ACTION NO. 04-11385-RGS

JODI SMITH;  BARNES & NOBLE

# NOTICE OF HEARING

STEARNS, DJ.                                    FEBRUARY 23, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

## WEDNESDAY , MAY 4 , 2005  AT 2:30  P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                                   RICHARD G. STEARNS
                                                                   UNITED STATES DISTRICT JUDGE

            BY:

                                                                 /s/ Mary H. Johnson
                                                                   Deputy Clerk

*To be heard:   Motion for Summary Judgement filed by Barnes & Noble (#20).