# United States District Court
# District of Massachusetts

JUDITH RE',
      Plaintiff,

      v.                        CIVIL ACTION NO. 2004-11385-RGS

JODI R.R. SMITH,
BARNES & NOBLE, INCORPORATED,
      Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On July 13, 2005, I held the following ADR proceeding:

| \_\_\_\_\_ EARLY NEUTRAL EVALUATION | \_\_X\_\_ MEDIATION |
| \_\_\_\_\_ MINI-TRIAL | \_\_\_\_\_ SUMMARY JURY TRIAL |
| \_\_\_\_\_ SETTLEMENT CONFERENCE | |

Plaintiff's and defendants' counsel and the plaintiff were present.

[X]    The Court was SETTLED; the Clerk should issue a 30-day order. The case should be taken off the trial list for August 15, 2005..

July 13, 2005                          *Robert B. Collings*
DATE                                    ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:    Judge Stearns
                  Rebecca Tyler, Esquire,
                  Counsel for all parties.