UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH RÉ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JODI R.R. SMITH, and<br>BARNES & NOBLE, INC.<br>　　　　　Defendants. | Civil No. 04-11385-RGS |

### JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

The parties jointly move to extend until September 19, 2005 this court's July 20, 2005 Settlement Order of Dismissal ("Settlement Order"). The Settlement Order is currently set to expire on August 19, 2005. Although the parties continue to work on a settlement agreement, it is not yet finalized. Accordingly, the Parties request that this Court extend the Settlement Order 30 days so that pursuant to the Settlement Order, upon good cause shown, any party may restore this action to the docket if the settlement is not consummated by September 19, 2005.

| | |
|---|---|
| JUDITH RÉ | BARNES & NOBLE, INC.<br>JODI R.R. SMITH |
| By her attorneys, | By their attorneys, |
| /s/ Daniel A. Curto<br>Edward P. Leibensperger (BBO #292620)<br>Daniel A. Curto (BBO # 639883)<br>Heather Egan-Sussman (BBO # 648192)<br>MCDERMOTT WILL & EMERY LLP<br>28 State Street<br>Boston, Massachusetts  02109<br>(617) 535-4000<br>(617) 535-3800 | /s/ Daniel P. Waxman<br>Richard S. Sanders (BBO # 562014)<br>Jeffery Francis (BBO # 639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>(617 338-2880 facsimile |

BST99 1469855-1 071236 0011

- 2 -

        Erik W. Kahn
        Daniel P. Waxman
        BRYAN CAVE LLP
        1290 Avenue of the Americas
        New York, NY 10104
        (212) 541-2000
        (212) 541-4630 facsimile

Dated: August 19, 2005

BST99 1469855-1 071236 0011