# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDITH RÉ, ) | |
|       Plaintiff, ) | |
| v. ) | Civil No. 04-11385-RGS |
| JODI R.R. SMITH, and ) BARNES & NOBLE, INC. ) | |
|       Defendants. ) | |

## JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

The parties jointly move to extend until September 26, 2005 this court's July 20, 2005 Settlement Order of Dismissal ("Settlement Order"). The Settlement Order is currently set to expire on September 19, 2005. The parties have finalized a settlement agreement and are working on obtaining the appropriate signatures. Accordingly, the Parties request that this Court briefly extend the Settlement Order 1 week so that pursuant to the Settlement Order, upon good cause shown, any party may restore this action to the docket if the settlement is not consummated by September 26, 2005.

| | |
|---|---|
| JUDITH RÉ | BARNES & NOBLE, INC. |
| | JODI R.R. SMITH |
| By her attorneys, | By their attorneys, |
| /s/ Daniel A. Curto | /s/ Daniel P. Waxman |
| Edward P. Leibensperger (BBO #292620) | Richard S. Sanders (BBO # 562014) |
| Daniel A. Curto (BBO # 639883) | Jeffery Francis (BBO # 639944) |
| Heather Egan-Sussman (BBO # 648192) | SULLIVAN & WORCESTER LLP |
| MCDERMOTT WILL & EMERY LLP | One Post Office Square |
| 28 State Street | Boston, Massachusetts 02109 |
| Boston, Massachusetts 02109 | (617) 338-2800 |
| (617) 535-4000 | (617 338-2880 facsimile |
| (617) 535-3800 | |

BST99 1469855-1.071236.0011

- 2 -

                                                           Erik W. Kahn
                                                         Daniel P. Waxman
                                                           BRYAN CAVE LLP
                                                            1290 Avenue of the Americas
                                                            New York, NY 10104
                                                            (212) 541-2000
                                                            (212) 541-4630 facsimile

Dated:  September 19, 2005