## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDITH RÉ, ) | |
|       Plaintiff, ) | |
| v. ) | Civil No. 04-11385-RGS |
| JODI R.R. SMITH, and ) | |
| BARNES & NOBLE, INC. ) | |
|       Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), the parties hereby stipulate that this action, including all claims and counterclaims filed herein, is dismissed with prejudice and without costs.

| JUDITH RÉ | BARNES & NOBLE, INC. |
|---|---|
|  | JODI R.R. SMITH |
| By her attorneys, | By their attorneys, |
| /s/ Daniel A. Curto | /s/ Daniel P. Waxman |
| Edward P. Leibensperger (BBO #292620) | Richard S. Sanders (BBO # 562014) |
| Daniel A. Curto (BBO # 639883) | Jeffery Francis (BBO # 639944) |
| Heather Egan-Sussman (BBO # 648192) | SULLIVAN & WORCESTER LLP |
| MCDERMOTT WILL & EMERY LLP | One Post Office Square |
| 28 State Street | Boston, Massachusetts 02109 |
| Boston, Massachusetts 02109 | (617) 338-2800 |
| (617) 535-4000 | (617 338-2880 facsimile |
| (617) 535-3800 | |
|  | Erik W. Kahn |
|  | Daniel P. Waxman |
|  | BRYAN CAVE LLP |
|  | 1290 Avenue of the Americas |
|  | New York, NY 10104 |
|  | (212) 541-2000 |
| Dated: September 22, 2005 | (212) 541-4630 facsimile |

BST99 1472672-1.071236.0011